**UNITED STATES DISTRICT COURT**
**DISTRICT OF NORTHERN CALIFORNIA**

| | |
|---|---|
| COURTNEY MCMILLIAN<br><br>Plaintiff,<br><br>v.<br><br>X CORP., f/k/a/ TWITTER, INC., X HOLDINGS, ELON MUSK, Does,<br><br>Defendants. | Case No. 3:23-cv-03461-JCS<br><br>[~~PROPOSED~~] ORDER TO REMOVE APPENDIX 1 FROM THE PUBLIC DOCKET AND FILE IT PROVISIONALLY UNDER SEAL |

Upon consideration of Plaintiff's Motion to Remove Appendix 1 from the Public Docket and File it Provisionally Under Seal, it is hereby ORDERED that Appendix 1, Dkt. No. 1-1, be provisionally removed from the public docket and deemed to be filed under seal pending a Court determination on Defendant's assertion of privilege.

IT IS SO ORDERED, on this the __18th__ day of __July__, 20__23__.

_____
The Honorable Joseph C. Spero
Magistrate Judge
U.S. District Court for the Northern District of California
Case No. 3:23-cv-03461-JCS