UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Courtney McMillian,

Plaintiff(s),

v.

X Corp., f/k/a/ Twitter, Inc.,

Defendant(s).

Case No. 3:23-cv-03461-JCS

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Christopher Owens, an active member in good standing of the bar of the Supreme Court of Maryland, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Courtney McMillian in the above-entitled action. My local co-counsel in this case is Charles Field, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 189817.

| | |
|---|---|
| 111 S. Calvert Street, Suite 1950<br>Baltimore, Maryland 21202 | 2550 Fifth Avenue, Suite 1100, San Diego, California 92103 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (410) 834-7422 | (649) 577-4252 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| cowens@sanfordheisler.com | cfield@sanfordheisler.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 220280004.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 17, 2023                                                          Christopher Owens
                                                                                          APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Christopher Owens is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 18, 2023



UNITED STATES MAGISTRATE JUDGE

# Supreme Court of Maryland

Annapolis, MD



## *CERTIFICATE OF GOOD STANDING*

STATE OF MARYLAND, ss:

I, Gregory Hilton, Clerk of the Supreme Court of Maryland, do hereby certify that on the twenty-eighth day of February, 2022,

### *Christopher Sherman Owens*

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court. This certificate of good standing is valid through the fifteenth day of September, 2023.



**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Supreme Court of Maryland, this seventeenth day of July, 2023.

*Gregory Hilton*
_____
Clerk of the Supreme Court of Maryland