UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Courtney McMillian

      Plaintiff(s)

 v.

X Corp. f/k/a/ Twitter, Inc., Elon Musk., X Holdings

      Defendant(s).

Case No. 3:23-cv-03461-JCS

CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

☒ **Consent to Magistrate Judge Jurisdiction**

  In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

  **OR**

☐ **Decline Magistrate Judge Jurisdiction**

  In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: July 21, 2023

NAME: Kate Mueting

COUNSEL FOR (OR "PRO SE"): Plaintiff Courtney McMillian

*Signature*

**CERTIFICATE OF SERVICE**

I hereby certify that on 21 day of July, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. I also served the forgoing on the following individuals via U.S. and electronic mail:

Melissa D. Hill
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, New York 10178-0060
Counsel for Defendant X Corp.
melissa.hill@morganlewis.com

Abbey Glenn
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Ave NW
Washington, D.C. 20004-2541
Counsel for Defendant X Corp.
abbey.glenn@morganlewis.com

Sean McMahan
Morgan, Lewis & Bockius LLP
1717 Main St., Suite 3200
Dallas, TX 75201-7347
Counsel for Defendant X Corp.
sean.mcmahan@morganlewis.com

By: */s/ Kate Mueting*
Kate Mueting (D.C. Bar No. 988177)
(*pro hac vice* application forthcoming)
kmueting@sanfordheisler.com
**SANFORD HEISLER SHARP, LLP**
700 Pennsylvania Ave SE, Suite 300
Washington, DC 20003
Telephone: (202) 499-5206