# UNITED STATES DISTRICT COURT
# DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| COURTNEY MCMILLIAN,<br><br>Plaintiff,<br><br>v.<br><br>X CORP., f/k/a/ TWITTER, INC., X HOLDINGS, ELON MUSK, Does,<br><br>Defendants. | Case No. 3:23-cv-03461-JCS<br><br>[~~PROPOSED~~] ORDER FOR UNOPPOSED MOTION FOR RELIEF FROM CASE MANAGEMENT CALENDAR |

Upon consideration of Plaintiff's Unopposed Motion for Relief From Case Management Calendar, it is hereby ORDERED that the Case Management Schedule and related deadlines in this matter are vacated and reset in accordance with Plaintiff's proposed schedule.

Case No. 3:23-cv-03461-JCS
**[PROPOSED] ORDER FOR UNOPPOSED MOTION FOR RELIEF FROM CASE MANAGEMENT CALENDAR**
1

| Event | Prior Date | ~~Proposed~~ Date (28 days later) |
|---|---|---|
| Last day to:<br>• Meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>• File ADR Certification signed by Parties and Counsel | September 29, 2023 | October 27, 2023 |
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement | October 13, 2023 | November 10, 2023 |
| Initial Case Management Conference | October 20, 2023 | **November 17, 2023 at 2:00 PM by Zoom video. Zoom Webinar ID: 161 926 0804. Passcode: 050855.** |

IT IS SO ORDERED on this 29th day of September 2023.

_____
The Honorable Joseph C. Spero
Magistrate Judge
U.S. District Court for the Northern District of California

Case No. 3:23-cv-03461-JCS
**[PROPOSED] ORDER FOR UNOPPOSED MOTION FOR RELIEF FROM CASE MANAGEMENT CALENDAR**
2