# UNITED STATES DISTRICT COURT
# DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| COURTNEY MCMILLIAN and RONALD COOPER<br><br>Plaintiffs,<br><br>v.<br><br>X CORP., f/k/a/ TWITTER, INC., X HOLDINGS, ELON MUSK, Does,<br><br>Defendants. | Case No. 3:23-cv-03461-JCS<br><br>**[PROPOSED] ORDER FOR JOINT MOTION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE PURSUANT TO CIVIL L.R. 16-2(d)** |

Upon consideration of Parties' Joint Motion for Relief from Case Management Schedule, it is hereby ORDERED that the Parties shall file and brief any Rule 12 motions according to the schedule below, and that the Case Management Schedule and related deadlines in this matter are vacated and reset in accordance with Parties' proposed schedule.

| Filing | Deadline |
|---|---|
| Defendants' Responsive Pleading/Rule 12 Motion | January 9, 2024 |
| Plaintiffs' Opposition | February 9, 2024 |
| Defendants' Reply | February 23, 2024 |

Case No. 3:23-cv-03461-JCS
**[PROPOSED] ORDER FOR JOINT MOTION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE**

1

| Event | Prior Date | Proposed Date |
|---|---|---|
| Last day to:<br>• Meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>• File ADR Certification signed by Parties and Counsel | October 27, 2023 | January 25, 2024 |
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement | November 10, 2023 | February 8, 2024 |
| Initial Case Management Conference | November 17, 2023 | March 8, 2024 |

IT IS SO ORDERED, on this the _____ day of _____, 20__.

_____
The Honorable Joseph C. Spero
Magistrate Judge
U.S. District Court for the Northern District of California

Case No. 3:23-cv-03461-JCS
**[PROPOSED] ORDER FOR JOINT MOTION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE**

2