Charles Field (CA Bar No. 189817)
cfield@sanfordheisler.com
**SANFORD HEISLER SHARP, LLP**
2550 Fifth Avenue, Suite 1100
San Diego, California 92103
Telephone: (619) 577-4252

Kate Mueting (DC Bar No. 988177)
*pro hac vice*
kmueting@sanfordheisler.com
Dacey Romberg (DC Bar No. 90003767)
(*pro hac vice* application forthcoming)
dromberg@sanfordheisler.com
**SANFORD HEISLER SHARP, LLP**
700 Pennsylvania Avenue SE, Suite 300
Washington, DC 20003
Telephone: (202) 499-5206

Christopher Owens (MD Bar No. 220280004)
*pro hac vice*
cowens@sanfordheisler.com
Samone Ijoma (MD Bar No. 2012170086)
(*pro hac vice* application forthcoming)
sijoma@sanfordheisler.com
**SANFORD HEISLER SHARP, LLP**
111 S. Calvert Street, Suite 1950
Baltimore, Maryland 21202
Telephone: (410) 834-7422

*Counsel for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NORTHERN CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| COURTNEY MCMILLIAN and RONALD COOPER,<br><br>  Plaintiffs,<br><br>  v.<br><br>X CORP., f/k/a/ TWITTER, INC., X HOLDINGS, ELON MUSK, Does,<br><br>  Defendants. | Case No. 3:23-cv-03461-TLT<br><br>**DECLARATION OF KATE MUETING IN SUPPORT OF PLAINTIFFS' MOTION FOR NOTICE OF SUIT** |

I, Kate Mueting, declare as follows:

1. I am an attorney licensed to practice law in the District of Columbia and am employed by the law firm Sanford Heisler Sharp, LLP. I am the attorney of record for the Plaintiffs in the above-captioned case.

2. My colleagues and I began meeting and conferring with Defendants' Counsel regarding the notice requested in Plaintiffs' Motion for Notice of Suit on November 2, 2023.

3. We discussed the matter via phone and email on several occasions during November 2023, and on November 28, 2023, Counsel for Defendants informed us that they will not agree to provide notice of the ongoing class action to any potential class member from whom Defendants seek a release.

4. I declare under the penalty of perjury that the foregoing is true and correct. Executed on this 1st day of December 2023.

DATED: December 1, 2023

Respectfully submitted,

Kate Mueting

By: /s/ Kate Mueting
Kate Mueting (Admitted *Pro Hac Vice*)
**SANFORD HEISLER SHARP, LLP**
700 Pennsylvania Ave SE, Suite 300
Washington, DC 20003
Telephone: (202) 499-5206
kmueting@sanfordheisler.com

*Counsel for Plaintiffs and the Proposed Class*

Case No. 3:23-cv-03461-TLT
**DECLARATION OF KATE MUETING IN SUPPORT OF PLAINTIFFS' MOTION FOR NOTICE OF SUIT**
2