1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

Kate Mueting, DC Bar No. 988177*
Dacey Romberg, DC Bar No. 90003767*
Samone Ijoma, MD Bar No. 2012170086*
**SANFORD HEISLER SHARP, LLP**
700 Pennsylvania Avenue SE, Suite 300
Washington, DC 20003
Telephone: (202) 499-5206
kmueting@sanfordheisler.com
dromberg@sanfordheisler.com
sijoma@sanfordheisler.com

Charles Field, SBN 189817
**SANFORD HEISLER SHARP, LLP**
7911 Herschel Avenue, Suite 300
La Jolla, CA 92037
Telephone: (619) 577-4252
cfield@sanfordheisler.com

Kristi Stahnke McGregor, GA Bar No. 674012*
(*pro hac vice forthcoming*)
**SANFORD HEISLER SHARP, LLP**
611 Commerce Street, Suite 3100
Nashville, TN 37203
Telephone: (615) 434-7008
kmcgregor@sanfordheisler.com

Christopher Owens, MD Bar No. 220280004*
**SANFORD HEISLER SHARP, LLP**
111 S. Calvert Street, Suite 1950
Baltimore, Maryland 21202
Telephone: (410) 834-7422
cowens@sanfordheisler.com

*Attorneys for Plaintiffs
and the Potential Class*

*admitted pro hac vice

Mark A. Feller, SBN 319789
**MORGAN, LEWIS & BOCKIUS, LLP**
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000
mark.feller@morganlewis.com

Melissa Hill, NY Bar No. 4968913*
**MORGAN, LEWIS & BOCKIUS, LLP**
101 Park Avenue
New York, NY 10178
Telephone: (212) 309-6000
melissa.hill@morganlewis.com

Sean K. McMahan, TX Bar No. 4130831*
**MORGAN, LEWIS & BOCKIUS, LLP**
1717 Main Street, Suite 3200
Dallas, TX 75201
Telephone: (214) 466-4000
sean.mcmahan@morganlewis.com

Jared R. Killeen, PA Bar No. 330123*
**MORGAN, LEWIS & BOCKIUS, LLP**
2222 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-5000

*Attorneys for Defendants X Corp.,
X Holdings, and Elon Musk*

23
24
25
26
27
28

Case No. 3:23-cv-03461-TLT

**JOINT MOTION FOR ORDER CLARIFYING DEADLINE FOR 26(a)(1) INITIAL DISCLOSURES**

1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NORTHERN CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| COURTNEY MCMILLIAN and RONALD COOPER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>X CORP., f/k/a/ TWITTER, INC., X HOLDINGS, ELON MUSK, Does,<br><br>Defendants. | Case No. 3:23-cv-03461-TLT<br><br>**JOINT MOTION FOR ORDER CLARIFYING DEADLINE FOR RULE 26(a)(1) INITIAL DISCLOSURES**<br><br>Hon. Trina L. Thompson |

Plaintiffs Courtney McMillian and Ronald Cooper (together, "Plaintiffs") and Defendants X Corporation (f/k/a Twitter, Inc.), X Holdings, and Elon Musk (together, "Defendants") (collectively, the "Parties"), through their respective undersigned counsel, jointly move this Court for an order clarifying the deadline for the Parties to exchange their Rule 26(a)(1) initial disclosures (or object to providing initial disclosures) as March 7, 2024.  In support of their joint motion, the Parties state as follows:

1.      On November 2, 2023, Judge Joseph C. Spero entered an order (the "Nov. 2 Order") setting February 8, 2024, as the "[l]ast day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report[,] and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement."  Dkt. 18.  The order also set the Initial Case Management Conference for March 8, 2024.

2.      On November 15, 2023, this case was reassigned to Judge Trina L. Thompson. Dkt. 21. On the same date, the Court notified the Parties that the Initial Case Management Conference

**JOINT MOTION FOR ORDER CLARIFYING DEADLINE FOR 26(a)(1) INITIAL DISCLOSURES**

would be rescheduled for March 14, 2024, and the Joint Case Management Statement would be due by March 7, 2024.  Dkt. 22 ("Nov. 15 Clerk's Notice").

3.      The Parties acknowledge that, based on the Nov. 2 Order and the Nov. 15 Clerk's Notice, there is some confusion regarding the deadline for initial disclosures. Specifically, the Parties are unsure whether the deadline for exchanging initial disclosures (or, alternatively, stating objections to exchanging disclosures) has been changed to March 7, 2024 (per the Nov. 15 Clerk's Notice), or remains February 8, 2024 (per the Nov. 2 Order).

4.      On January 24, 2024, the Parties met and conferred regarding initial disclosures. The Parties agree that it is beneficial to exchange initial disclosures (or objections thereto) before the deadline to submit the Joint Case Management Statement and 26(f) Report. To avoid any uncertainty arising from the Nov. 2 Order and the Nov. 15 Clerk's Notice, the Parties request that the Court enter an order clarifying the Nov. 12 Clerk's Notice as follows:

| Event | Proposed Date |
|---|---|
| Last day to complete initial disclosures or state objection in Rule 26(f) Report/Case Management Statement and file Rule 26(f) Report/Case Management Statement per Standing Order re Contents of Joint Case Management Statement | March 7, 2024 |

5.      This request is not made for the purpose of delay or harassment, and no party will be prejudiced by the new schedule. The Parties will benefit from the Court clarifying the disclosure deadline.

DATED: January 30, 2024                                      Respectfully submitted,

_____
Kate Mueting, DC Bar No. 988177

Case No. 3:23-cv-03461-TLT

**JOINT MOTION FOR ORDER CLARIFYING DEADLINE FOR 26(a)(1) INITIAL DISCLOSURES**

3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

(admitted *pro hac vice*)
**SANFORD HEISLER SHARP, LLP**
700 Pennsylvania Avenue SE, Suite 300
Washington, DC 20003
Telephone: (202) 499-5206
kmueting@sanfordheisler.com

By: */s/ Mark Feller*
Mark A. Feller, SBN 319789
**MORGAN, LEWIS & BOCKIUS, LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000
mark.feller@morganlewis.com

Case No. 3:23-cv-03461-TLT

**JOINT MOTION FOR ORDER CLARIFYING DEADLINE FOR 26(a)(1) INITIAL DISCLOSURES**