1  Kate Mueting, DC Bar No. 988177 (*pro hac vice*)
   Dacey Romberg, DC Bar No. 90003767 (*pro hac vice*)
2  Samone Ijoma, MD Bar No. 2012170086 (*pro hac vice*)
   **SANFORD HEISLER SHARP, LLP**
3  700 Pennsylvania Avenue SE, Suite 300
   Washington, DC 20003
4  Telephone: (202) 499-5206
   kmueting@sanfordheisler.com
5  dromberg@sanfordheisler.com
   sijoma@sanfordheisler.com
6

7  Charles Field, SBN 189817
   **SANFORD HEISLER SHARP, LLP**
8  7911 Herschel Avenue, Suite 300
   La Jolla, CA 92037
9  Telephone: (619) 577-4252
   cfield@sanfordheisler.com
10

11 Kristi Stahnke McGregor, GA Bar No. 674012 (*pro hac vice*)
   **SANFORD HEISLER SHARP, LLP**
12 611 Commerce Street, Suite 3100
   Nashville, TN 37203
13 Telephone: (615) 434-7008
   kmcgregor@sanfordheisler.com
14

15 Christopher Owens, MD Bar No. 220280004 (*pro hac vice*)
   **SANFORD HEISLER SHARP, LLP**
16 111 S. Calvert Street, Suite 1950
   Baltimore, Maryland 21202
17 Telephone: (410) 834-7422
   cowens@sanfordheisler.com
18

19 *Attorneys for Plaintiffs
   and the Potential Class*
20

Case No. 3:23-cv-03461-TLT

**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**

1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NORTHERN CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| COURTNEY MCMILLIAN and RONALD COOPER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>X CORP., f/k/a/ TWITTER, INC., X HOLDINGS, ELON MUSK, Does,<br><br>Defendants. | Case No. 3:23-cv-03461-TLT<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Hon. Trina L. Thompson<br><br>DATE: April 23, 2024<br>TIME: 2:00 pm PT<br>LOCATION: Courtroom 09 |

Pursuant to Civil Local Rules 7–11 and 79–5(f), Plaintiffs respectfully submit this Administrative Motion to Consider Whether Another Party's Material Should be Sealed in connection with Plaintiffs' Opposition to Defendants' Motion to Dismiss ("Opposition"), attached here as "Exhibit A".

Plaintiffs file this administrative motion because Plaintiffs' Opposition includes details and quotations from the Twitter Severance Matrix, attached as Appendix 1 to the Complaint, Dkt. No. 1–1, and Defendants have asserted that the Appendix is privileged. As Plaintiffs explained in their

1  Motion to Remove Appendix 1 from the Public Docket and File It Provisionally Under Seal, Dkt.
2  No. 4, Plaintiffs do not understand that the Appendix is subject to the protections of attorney-client
3  privilege or the work-product doctrine or that the Appendix should be filed under seal. Pursuant
4  to Rule 79–5(f)(4), Plaintiffs anticipate filing a response to Defendants' statement in support of
5  sealing.

In the meantime, Plaintiffs have provisionally filed the following information under seal:

| Docket No. Public / (Sealed) | Document | Portion(s) Sought to be Sealed | Reasons for Sealing |
|---|---|---|---|
| Dkt. No. 45 / (Dkt. No. 46–2) | Plaintiffs' Opposition to Defendants' Motion to Dismiss | References to the Twitter Severance Matrix, Dkt. No. 1–1 | Defendants' Designation |

DATED: February 9, 2024

Respectfully submitted,

Sanford Heisler Sharp, LLP

By: /s/ Kate Mueting
Kate Mueting, DC Bar No. 988177
**SANFORD HEISLER SHARP, LLP**
700 Pennsylvania Ave SE, Suite 300
Washington, DC 20003
Telephone: (202) 499-5206
kmueting@sanfordheisler.com

*Attorney for Plaintiffs*
*and the Potential Class*

Case No. 3:23-cv-03461-TLT
**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**

# CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a copy of this filing to all counsel of record.

DATED: February 9, 2024

/s/ Kate Mueting

Kate Mueting, DC Bar No. 988177
**SANFORD HEISLER SHARP, LLP**
700 Pennsylvania Ave SE, Suite 300
Washington, DC 20003
Telephone: (202) 499-5206
kmueting@sanfordheisler.com

*Attorney for Plaintiffs
and the Potential Class*

Case No. 3:23-cv-03461-TLT
**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**
4