Kate Mueting, DC Bar No. 988177 (*pro hac vice*)
Dacey Romberg, DC Bar No. 90003767 (*pro hac vice*)
Samone Ijoma, MD Bar No. 2012170086 (*pro hac vice*)
**SANFORD HEISLER SHARP, LLP**
700 Pennsylvania Avenue SE, Suite 300
Washington, DC 20003
Telephone: (202) 499-5206
kmueting@sanfordheisler.com
dromberg@sanfordheisler.com
sijoma@sanfordheisler.com

Charles Field, SBN 189817
**SANFORD HEISLER SHARP, LLP**
7911 Herschel Avenue, Suite 300
La Jolla, CA 92037
Telephone: (619) 577-4252
cfield@sanfordheisler.com

Kristi Stahnke McGregor, GA Bar No. 674012 (*pro hac vice*)
**SANFORD HEISLER SHARP, LLP**
611 Commerce Street, Suite 3100
Nashville, TN 37203
Telephone: (615) 434-7008
kmcgregor@sanfordheisler.com

Christopher Owens, MD Bar No. 220280004 (*pro hac vice*)
**SANFORD HEISLER SHARP, LLP**
111 S. Calvert Street, Suite 1950
Baltimore, Maryland 21202
Telephone: (410) 834-7422
cowens@sanfordheisler.com

*Attorneys for Plaintiffs
and the Potential Class*

Case No. 3:23-cv-03461-TLT
**DECLARATION OF KATE MUETING**
1

|   |   |
|---|---|
| | 
 |
**UNITED STATES DISTRICT COURT**
**DISTRICT OF NORTHERN CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| COURTNEY MCMILLIAN and RONALD COOPER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>X CORP., f/k/a/ TWITTER, INC., X HOLDINGS, ELON MUSK, Does,<br><br>Defendants. | Case No. 3:23-cv-03461-TLT<br><br>**DECLARATION OF KATE MUETING**<br><br>Hon. Trina L. Thompson |

**DECLARATION OF KATE MUETING**

1. I am an attorney at Sanford Heisler Sharp, LLP, and I am the lead attorney representing Plaintiffs Courtney McMillian and Ronald Cooper in this case. I am admitted *pro hac vice* before this Court. I have personal knowledge of the facts set forth below and, if called upon, could and would testify to the truth of the following.

2. We asked Counsel for Defendants on February 6, 2024 if they would object to excerpts from the Matrix being filed on the public docket. On February 8, 2024, Counsel for Defendants responded that the Matrix must be filed under seal.

I hereby affirm under penalties of perjury that the contents of the foregoing declaration are true and correct to the best of my personal knowledge, information, and belief.

DATED: February 9, 2024

Respectfully submitted,

Sanford Heisler Sharp, LLP

/s/ Kate Mueting
_____
Kate Mueting, DC Bar No. 988177
**SANFORD HEISLER SHARP, LLP**
700 Pennsylvania Ave SE, Suite 300
Washington, DC 20003
Telephone: (202) 499-5206
kmueting@sanfordheisler.com

*Attorney for Plaintiffs
and the Potential Class*

Case No. 3:23-cv-03461-TLT
**DECLARATION OF KATE MUETING**
3