Kate Mueting, DC Bar No. 988177 (*pro hac vice*)
Dacey Romberg, DC Bar No. 90003767 (*pro hac vice*)
Samone Ijoma, MD Bar No. 2012170086 (*pro hac vice*)
**SANFORD HEISLER SHARP, LLP**
700 Pennsylvania Avenue SE, Suite 300
Washington, DC 20003
Telephone: (202) 499-5206
kmueting@sanfordheisler.com
dromberg@sanfordheisler.com
sijoma@sanfordheisler.com

Charles Field, SBN 189817
**SANFORD HEISLER SHARP, LLP**
7911 Herschel Avenue, Suite 300
La Jolla, CA 92037
Telephone: (619) 577-4252
cfield@sanfordheisler.com

Kristi Stahnke McGregor, GA Bar No. 674012 (*pro hac vice*)
**SANFORD HEISLER SHARP, LLP**
611 Commerce Street, Suite 3100
Nashville, TN 37203
Telephone: (615) 434-7008
kmcgregor@sanfordheisler.com

Christopher Owens, MD Bar No. 220280004 (*pro hac vice*)
**SANFORD HEISLER SHARP, LLP**
111 S. Calvert Street, Suite 1950
Baltimore, Maryland 21202
Telephone: (410) 834-7422
cowens@sanfordheisler.com

*Attorneys for Plaintiffs
and the Potential Class*

Case No. 3:23-cv-03461-TLT

**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE**

1

1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NORTHERN CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| COURTNEY MCMILLIAN and RONALD COOPER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>X CORP., f/k/a/ TWITTER, INC., X HOLDINGS, ELON MUSK, Does,<br><br>Defendants. | Case No. 3:23-cv-03461-TLT<br><br>**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE**<br><br>Honorable Trina L. Thompson<br><br>DATE: April 23, 2024<br>TIME: 2:00 pm PT<br>LOCATION: Courtroom 09<br><br>Opposition filed: February 9, 2024 |

Plaintiffs Courtney McMillian and Ronald Cooper, on behalf of themselves and all others similarly situated, submit this Request for Judicial Notice. Plaintiffs request that the Court take judicial notice of documents filed with the U.S. Securities and Exchange Commission (SEC):

1. Form 8-K and attached Merger Agreement filed by Twitter, Inc. with the SEC, dated April 25, 2022, attached as **Exhibit A**; and

2. Form S-1, Exhibit 10.10 ("Twitter, Inc. Change of Control and Involuntary Termination Protection Policy"), filed with the SEC on Oct. 3, 2013, attached as **Exhibit B**.

For adjudicative facts that "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned," the court "must take judicial notice if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(b)(2), (c)(2). The documents listed above are publicly available documents filed with the SEC and their authenticity cannot be challenged. *See, e.g., Metzler Inv. GMBH v. Corinthian Colls., Inc.,* 540 F.3d 1049, 1064 (9th Cir. 2008) (judicial notice of publicly available financial documents including SEC filings was proper at motion to dismiss stage); *Dreiling v. Am. Exp. Co.*, 458 F.3d 942, 946 (9th Cir. 2006) (SEC filing subject to judicial notice). This Court may also take judicial notice of the contents of the Merger Agreement, attached to Twitter's April 25, 2022 Form 8-K (Exhibit A), because it was alleged in Plaintiffs' complaint. Dkt. 13, Amended Class Action Complaint ¶¶ 8, 40-48. A district court may consider documents "whose contents are alleged in a complaint and whose authenticity no party questions, but which are not physically attached to the [plaintiff's] pleading." *In re Silicon Graphics Inc. Sec. Litig.*, 183 F.3d 970, 986 (9th Cir. 1999).

For these reasons, Plaintiffs' Request for Judicial Notice must be granted.

DATED: February 9, 2024

Respectfully submitted,

Sanford Heisler Sharp, LLP

By: /s/ Kate Mueting
Kate Mueting, DC Bar No. 988177
**SANFORD HEISLER SHARP, LLP**
700 Pennsylvania Ave SE, Suite 300
Washington, DC 20003
Telephone: (202) 499-5206
kmueting@sanfordheisler.com

*Attorney for Plaintiffs
and the Potential Class*

Case No. 3:23-cv-03461-TLT
**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE**
3

# CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a copy of this filing to all counsel of record.

DATED: February 9, 2024

*[signature: Kate Mueting]*
Kate Mueting, DC Bar No. 988177
**SANFORD HEISLER SHARP, LLP**
700 Pennsylvania Ave SE, Suite 300
Washington, DC 20003
Telephone: (202) 499-5206
kmueting@sanfordheisler.com

*Attorney for Plaintiffs
and the Potential Class*

Case No. 3:23-cv-03461-TLT
**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**
4