**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COURTNEY MCMILLIAN and RONALD COOPER<br><br>Plaintiffs,<br><br>v.<br><br>X CORP., f/k/a/ TWITTER, INC., X HOLDINGS, ELON MUSK, Does,<br><br>Defendants. | Case No. 3:23-cv-03461-TLT<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (ECF NO. 46)**<br><br>Am. Compl. Filed:     Oct. 13, 2023<br>Hearing Date:          April 23, 2024<br>Hearing Time:                 2:00 pm<br><br>Judge:  Trina L. Thompson |

Morgan, Lewis & Bockius LLP

Case No. 3:23-cv-03461-TLT

[PROPOSED] ORDER GRANTING STIPULATED PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (ECF NO. 46)

Pursuant to Civil Local Rules 7-11 and 79-5, and after consideration of Plaintiffs' Administrative Motion To Consider Whether Another Party's Material Should Be Sealed (ECF No. 46), Defendants' Statement In Support Thereof (and the declaration submitted in support of the Statement), and the papers on file in this case, the Court **GRANTS** the Motion and rules as follows:

1. The document filed at ECF No. 1-1 and the quotations and details from that document in Plaintiffs' Opposition to Defendants' Motion To Dismiss (ECF No. 45, 46) should remain under seal because Defendants have established that it contains material protected by the attorney-client privilege and the attorney work product doctrine.

2. There are compelling reasons for sealing the materials referenced in the document filed at ECF No. 1-1 and the quotations and details from that document in Plaintiffs' Opposition to Defendants' Motion To Dismiss (ECF No. 45, 46) because Defendants' have presented evidence that the document is privileged.

| Docket No./Public (Sealed) | Document | Portion(s) Sought to be Retained Under Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|---|---|
| ECF No. 1-1 | The Severance Matrix | Entire document | Declaration of Mary Hansbury | **Granted** |
| Dkt. No. 45 / (Dkt. No. 46–2) | Plaintiffs' Opposition to Defendants' Motion to Dismiss | Page 3, Line 18 and 22 Page 5, Lines 6-12 Page 5 at footnotes 2 and 3, Lines 23-27 Page 7, Line 14 | Declaration of Mary Hansbury | **Granted** |

**IT IS SO ORDERED** on this __th day of February, 2024.

_____
Hon. Trina L. Thompson
U.S. District Court Judge
Northern District of California