1  Mark A. Feller (SBN 319789)
   mark.feller@morganlewis.com
2  **MORGAN, LEWIS & BOCKIUS, LLP**
   One Market, Spear Street Tower
3  San Francisco, CA 94105-1596
   Tel: 415.442.1000
4

5  Melissa Hill (*pro hac vice*)
   melissa.hill@morganlewis.com
   **MORGAN, LEWIS & BOCKIUS, LLP**
6  101 Park Avenue
   New York, NY 10178
7  Tel: 212.309.6000

8  Sean K. McMahan (*pro hac vice*)
   sean.mcmahan@morganlewis.com
9  **MORGAN, LEWIS & BOCKIUS, LLP**
   1717 Main Street, Suite 3200
10 Dallas, TX 75201-7347
   Tel: 214.466.4000
11
   Jared R. Killeen (*pro hac vice*)
12 jared.killeen@morganlewis.com
   **MORGAN, LEWIS & BOCKIUS, LLP**
13 2222 Market Street
   Philadelphia, PA 19103
14 Tel: 215.963.5000

15 *Attorneys for Defendants X Corp., f/k/a
   Twitter, Inc.; X Holdings; Elon Musk; and
16 Does*

17              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
18

| | |
|---|---|
| COURTNEY MCMILLIAN and RONALD COOPER,<br><br>Plaintiffs,<br><br>v.<br><br>X CORP., f/k/a/ TWITTER, INC., X HOLDINGS, ELON MUSK, Does,<br><br>Defendants | Case No. 3:23-cv-03461-TLT<br><br>**DEFENDANTS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND CIVIL L.R. 3-15 CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS**<br><br>Judge: Trina L. Thompson |

Morgan, Lewis &
Bockius LLP
Attorneys at Law
Los Angeles

Case No. 3:23-cv-03461-TLT
DEFENDANTS' RULE 7.1 DISCLOSURE AND CIVIL L.R. 3-15 CERTIFICATION

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant X Corp., through its counsel, certifies that it is wholly owned by X Holdings Corp., a privately held corporation. No publicly held corporation owns 10% or more of X Corp.'s stock.

Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: March 7, 2024                      MORGAN, LEWIS & BOCKIUS LLP


By   /s/ *Melissa Hill*
    Melissa Hill (*pro hac vice*)
    Mark Feller
    Sean McMahan (*pro hac vice*)
    Jared R. Killeen (*pro hac vice*)

Attorneys for Defendants

DEFENDANTS' RULE 7.1 DISCLOSURE AND CIVIL L.R. 3-15 CERTIFICATION