| | |
|---|---|
| Kate Mueting, DC Bar No. 988177* <br> Dacey Romberg, DC Bar No. 90003767* <br> Samone Ijoma, MD Bar No. 2012170086* <br> **SANFORD HEISLER SHARP, LLP** <br> 700 Pennsylvania Avenue SE, Suite 300 <br> Washington, DC 20003 <br> Telephone: (202) 499-5206 <br> kmueting@sanfordheisler.com <br> dromberg@sanfordheisler.com <br> sijoma@sanfordheisler.com <br><br> Charles Field, SBN 189817 <br> **SANFORD HEISLER SHARP, LLP** <br> 7911 Herschel Avenue, Suite 300 <br> La Jolla, CA 92037 <br> Telephone: (619) 577-4252 <br> cfield@sanfordheisler.com <br><br> Kristi S. McGregor, GA Bar No. 674012* <br> **SANFORD HEISLER SHARP, LLP** <br> 611 Commerce Street, Suite 3100 <br> Nashville, TN 37203 <br> Telephone: (615) 434-7008 <br> kmcgregor@sanfordheisler.com <br><br> Christopher Owens, MD Bar No. 220280004* <br> **SANFORD HEISLER SHARP, LLP** <br> 111 S. Calvert Street, Suite 1950 <br> Baltimore, Maryland 21202 <br> Telephone: (410) 834-7422 <br> cowens@sanfordheisler.com <br><br> *Attorneys for Plaintiffs* <br> *and the Potential Class* <br><br> * admitted *pro hac vice* | Mark A. Feller, SBN 319789 <br> **MORGAN, LEWIS & BOCKIUS, LLP** <br> One Market, Spear Street Tower <br> San Francisco, CA 94105 <br> Telephone: (415) 442-1000 <br> mark.feller@morganlewis.com <br><br> Melissa Hill, NY Bar No. 4968913* <br> **MORGAN, LEWIS & BOCKIUS, LLP** <br> 101 Park Avenue <br> New York, NY 10178 <br> Telephone: (212) 309-6000 <br> melissa.hill@morganlewis.com <br><br> Sean K. McMahan, TX Bar No. 4130831* <br> **MORGAN, LEWIS & BOCKIUS, LLP** <br> 1717 Main Street, Suite 3200 <br> Dallas, TX 75201 <br> Telephone: (214) 466-4000 <br> sean.mcmahan@morganlewis.com <br><br> Jared R. Killeen, PA Bar No. 330123* <br> **MORGAN, LEWIS & BOCKIUS, LLP** <br> 2222 Market Street <br> Philadelphia, PA 19103 <br> Telephone: (215) 963-5000 <br><br> *Attorneys for Defendants X Corp.,* <br> *X Holdings, and Elon Musk* |

Case No. 3:23-cv-03461-TLT

**JOINT STIPULATED SCHEDULE TO BRIEF DEFENDANTS' ADMINISTRATIVE MOTION TO STAY PURSUANT TO CIVIL L.R. 7-11**

1

# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTHERN CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| COURTNEY MCMILLIAN and RONALD COOPER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>X CORP., f/k/a/ TWITTER, INC., X HOLDINGS, ELON MUSK, Does,<br><br>Defendants. | Case No. 3:23-cv-03461-TLT<br><br>**JOINT STIPULATED SCHEDULE TO BRIEF DEFENDANTS' ADMINISTRATIVE MOTION TO STAY PURSUANT TO CIVIL L.R. 7-11**<br><br>Hon. Trina L. Thompson |

Pursuant to Local Rules 6-2 and 7-12, Plaintiffs Courtney McMillian and Ronald Cooper (together, "Plaintiffs") and Defendants X Corporation (f/k/a Twitter, Inc.), X Holdings, and Elon Musk (together, "Defendants") (collectively, the "Parties"), through their respective undersigned counsel, jointly move this Court for a stipulated schedule to brief Defendants' Administrative Motion to Stay Discovery Pending Resolution of Defendants' Motion to Dismiss. In support of their joint stipulation, the Parties state as follows:

1. The Parties filed a Joint Rule 26(f) Case Management Statement on March 7, 2024, which included a brief discussion of the Parties' respective positions on whether discovery should

be stayed pending a decision on Defendants' Motion to Dismiss. Dkt. 56, VIII. Discovery, (iv) Sequencing of Discovery.

2. The Parties had an Initial Case Management Conference with Judge Trina Thompson on March 14, 2024, during which Judge Thompson advised counsel that the Court would enter a case schedule and that the case would be referred to a magistrate judge for discovery. *See* Minute Entry dated March 15, 2024.

3. On March 18, 2024, Judge Thompson entered the Case Management and Scheduling Order. Dkt. 58.

4. On March 18, 2024, Judge Thompson also entered an Order of Reference to Magistrate Judge for Discovery. Dkt. 59.

5. The case was referred to Magistrate Judge Robert M. Illman for discovery disputes. *See* Emailed Court Notice dated March 18, 2024.

6. Defendants filed an Administrative Motion to Stay Discovery Pending Resolution of Defendants' Motion to Dismiss ("Motion to Stay") on Friday, March 22, 2024. Dkt. 61.

7. The Parties have agreed to the following briefing schedule on the Motion to Stay:

|  | **Initial Date of Filing** | **Proposed Date of Filing** |
| --- | --- | --- |
| Plaintiffs' Opposition | March 26, 2024 | April 5, 2024 |
| Defendants' Reply | N/A | April 12, 2024 |

WHEREFORE, the Parties respectfully request that this Court enter an order setting the requested schedule for the Parties' briefing on Defendants' Administrative Motion to Stay Discovery Pending Resolution of Defendants' Motion to Dismiss.

DATED: March 25, 2024					Respectfully submitted,

*/s/ Kristi Stahnke McGregor*
Kristi S. McGregor, GA Bar No. 674012
(admitted *pro hac vice*)
**SANFORD HEISLER SHARP, LLP**
611 Commerce Street, Suite 3100
Nashville, TN 37203
Telephone: (615) 434-7008
kmcgregor@sanfordheisler.com

By: */s/ Mark A. Feller*
Mark A. Feller, SBN 319789
**MORGAN, LEWIS & BOCKIUS, LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000
mark.feller@morganlewis.com

### L.R. 5-1(i)(3) Certification

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of the foregoing document has been obtained from each of the other Signatories.

*/s/ Kristi Stahnke McGregor*
Kristi S. McGregor

---

Case No. 3:23-cv-03461-TLT
**JOINT STIPULATED SCHEDULE TO BRIEF DEFENDANTS' ADMINISTRATIVE MOTION TO STAY PURSUANT TO CIVIL L.R. 7-11**