Kate Mueting, DC Bar No. 988177*
Dacey Romberg, DC Bar No. 90003767*
Samone Ijoma, MD Bar No. 2012170086*
**SANFORD HEISLER SHARP, LLP**
700 Pennsylvania Avenue SE, Suite 300
Washington, DC 20003
Telephone: (202) 499-5206
kmueting@sanfordheisler.com
dromberg@sanfordheisler.com
sijoma@sanfordheisler.com

Charles Field, SBN 189817
**SANFORD HEISLER SHARP, LLP**
7911 Herschel Avenue, Suite 300
La Jolla, CA 92037
Telephone: (619) 577-4252
cfield@sanfordheisler.com

Kristi Stahnke McGregor, GA Bar No. 674012*
**SANFORD HEISLER SHARP, LLP**
611 Commerce Street, Suite 3100
Nashville, TN 37203
Telephone: (615) 434-7008
kmcgregor@sanfordheisler.com

Christopher Owens, MD Bar No. 220280004*
**SANFORD HEISLER SHARP, LLP**
111 S. Calvert Street, Suite 1950
Baltimore, Maryland 21202
Telephone: (410) 834-7422
cowens@sanfordheisler.com

*Attorneys for Plaintiffs
and the Potential Class*

* admitted *pro hac vice*

Case No. 3:23-cv-03461-TLT-RMI

**DECLARATION OF KRISTI STAHNKE MCGREGOR IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO DEFENDANTS' MOTION TO STAY DISCOVERY**

1

1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NORTHERN CALIFORNIA**
**SAN FRANCISCO DIVISION**

10
11

| | |
|---|---|
| COURTNEY MCMILLIAN and RONALD COOPER, on behalf of themselves and all others similarly situated, | Case No. 3:23-cv-03461-TLT-RMI |
| Plaintiffs, | **DECLARATION OF KRISTI STAHNKE MCGREGOR IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO STAY DISCOVERY** |
| v. | |
| X CORP., f/k/a/ TWITTER, INC., X HOLDINGS, ELON MUSK, DOES, | |
| Defendants. | Judge: Trina L. Thompson |
| | Magistrate Judge: Robert M. Illman |

12
13
14
15
16
17
18
19
20

**<u>DECLARATION OF KRISTI S. MCGREGOR</u>**

21

I, Kristi Stahnke McGregor, declare and state as follows:

22

1.  I am an attorney at Sanford Heisler Sharp, LLP, and represent Plaintiffs Courtney

23

McMillian and Ronald Cooper in this case. I am admitted *pro hac vice* before this Court.

24

I submit this declaration pursuant to L.R. 7-3(a) in support of Plaintiffs' Opposition to

25

Defendants' Motion to Stay Discovery. I have personal knowledge of the facts stated

26
27

herein and could competently testify to them if called to do so.

28

2. Attached hereto as Exhibit A is a list of cases filed against Twitter, X Corp., and/or Elon Musk by employees terminated after the company's acquisition by Elon Musk. The information provided is based on a review of publicly available dockets for each case.

3. Attached hereto as Exhibit B is an unaltered, accurate reproduction of an article published by Forbes on or about August 29, 2023 titled *Elon Musk's X Is Facing 2,200 Arbitration Cases From Ex-Twitter Employees* available at: https://www.forbes.com/sites/roberthart/2023/08/29/elon-musks-x-is-facing-2200-arbitration-cases-from-ex-twitter-employees/?sh=5246595665d0 .

4. Attached hereto as Exhibit C is a PDF of an unaltered screenshot from the Westlaw docket of *Arnold et al v. X Corp. et al* demonstrating the Court's oral order dated October 16, 2023.

5. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 5th day of April 2024 in Birmingham, Alabama.


DATED: April 5, 2024                          Respectfully submitted,

Sanford Heisler Sharp, LLP

By: */s/ Kristi Stahnke McGregor*
Kristi S. McGregor, GA Bar No. 674012
(admitted *pro hac vice*)
**SANFORD HEISLER SHARP, LLP**
611 Commerce Street, Suite 3100
Nashville, TN 37203
Telephone: (615) 434-7008
kmcgregor@sanfordheisler.com

*Attorney for Plaintiffs*
*and the Potential Class*

Case No. 3:23-cv-03461-TLT-RMI
**DECLARATION OF KRISTI STAHNKE MCGREGOR IN SUPPORT OF PLAINTIFFS'**
**OPPOSITION TO DEFENDANTS' MOTION TO STAY DISCOVERY**
3