# EXHIBIT A

*Lawsuits against X Corp, Twitter, and/or Elon Musk*
*Relating to Employee Terminations Post-Merger*

### Lawsuits Relating to Severance

| Case Name | Case Number & Court | Current Status |
|---|---|---|
| Arnold et al v. X Corp. et al | 1:23-CV-00528 (D. Del.) | Motion to Dismiss pending. Discovery proceeding after court denied request to stay discovery. |
| Agrawal et al v. Musk et al | 3:24-CV-01304 (N.D. Cal.) | Complaint filed 3/4/2024. |
| Cornet et al v. Twitter, Inc. | 1:23-CV-00441 (D. Del.) | Discovery stayed by agreement of parties. |
| Ma v. Twitter, Inc. et al | 4:23-CV-03301 (N.D. Cal.) | Plaintiffs' Motion to compel Twitter to arbitrate severance-related claims pending. |
| Rosa v. X Corp. et al | 2:23-CV-22908 (D.N.J) | Motions to Dismiss and Compel Arbitration pending. |
| Schobinger v. Twitter, Inc. et al | 3:23-CV-03007 (N.D. Cal.) | Discovery proceeding. Written discovery served and depositions noticed. |
| Woodfield v. Twitter, Inc. et al | 1:23-CV-00780 (D. Del.) | Motion to Compel Arbitration pending. |

### Lawsuits Relating to Wages

| Case Name | Case Number & Court | Current Status |
|---|---|---|
| Rodriguez v. Twitter, Inc. | 3:22-CV-07222 (N.D. Cal.) | Claims ordered to arbitration. Private Attorney General Act claim is stayed pending further order. |
| Gadala v. Twitter, Inc. et al | 3:23-CV-01595 (N.D. Cal.) | Dismissed to individual arbitrations. |
| Adler v. Twitter, Inc. | 3:23-CV-01788 (N.D. Cal.) | Discovery ongoing. |
| Weber v. X Corp et al | 2:23-CV-00233 (E.D. Wash.) | Parties stipulated to case being dismissed to arbitration. |

### Lawsuits Alleging Discrimination

| Case Name | Case Number & Court | Current Status |
|---|---|---|
| Anoke et al v. Twitter, Inc. et al | 3:23-CV-02217 (N.D. Cal.) | Plaintiffs' Petition to compel Twitter to pay arbitration award for arbitration of Title VII, ADA, FMLA, and federal WARN Act claims remanded to state court. |
| Borodaenko v. Twitter, Inc. | 3:22-CV-07226 (N.D. Cal.) | Case Management Statement filed 3/27/2024. Motion to Dismiss pending. |
| Frederick-Osborn v. Twitter, Inc. et al | 4:24-CV-00125 (N.D. Cal.) | Motion to Dismiss granted for ADEA age discrimination claims and denied for Title VII and FEHA sex discrimination claims. Discovery ongoing. |
| Strifling et al v. Twitter Inc. | 4:22-CV-07739 (N.D. Cal.) | Motion to Dismiss pending. Discovery stayed. |
| Weinberg et al v. Twitter, Inc. et al | 3:23-CV-04016 (N.D. Cal.) | Motion to Dismiss pending. |

| Zeman v. Twitter, Inc. et al | 3:23-CV-01786 (N.D. Cal.) | Case Management Statement filed 3/15/2024. Motion to Dismiss pending. |