**UNITED STATES DISTRICT COURT**
**DISTRICT OF NORTHERN CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| COURTNEY MCMILLIAN and RONALD COOPER, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>X CORP., f/k/a/ TWITTER, INC., X HOLDINGS, ELON MUSK, Does,<br><br>　　　　Defendants. | Case No. 3:23-cv-03461-TLT-RMI<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO STAY DISCOVERY** |

Upon consideration of Plaintiffs' Opposition to Defendants' Motion to Stay Discovery, it is hereby ORDERED that the Defendants' Motion to Stay Discovery is DENIED.

IT IS SO ORDERED, on this the _____ day of _____, 20__.

_____
The Honorable Robert M. Illman
Magistrate Judge
Northern District of California