Kate Mueting, DC Bar No. 988177*
Dacey Romberg, DC Bar No. 90003767*
Samone Ijoma, MD Bar No. 2012170086*
**SANFORD HEISLER SHARP, LLP**
700 Pennsylvania Avenue SE, Suite 300
Washington, DC 20003
Telephone: (202) 499-5206
kmueting@sanfordheisler.com
dromberg@sanfordheisler.com
sijoma@sanfordheisler.com

Charles Field, SBN 189817
**SANFORD HEISLER SHARP, LLP**
7911 Herschel Avenue, Suite 300
La Jolla, CA 92037
Telephone: (619) 577-4252
cfield@sanfordheisler.com

Kristi Stahnke McGregor, GA Bar No. 674012*
**SANFORD HEISLER SHARP, LLP**
611 Commerce Street, Suite 3100
Nashville, TN 37203
Telephone: (615) 434-7008
kmcgregor@sanfordheisler.com

Christopher Owens, MD Bar No. 220280004*
**SANFORD HEISLER SHARP, LLP**
111 S. Calvert Street, Suite 1950
Baltimore, Maryland 21202
Telephone: (410) 834-7422
cowens@sanfordheisler.com

*Attorneys for Plaintiffs
and the Potential Class*

* admitted *pro hac vice*

Case No. 3:23-cv-03461-TLT-RMI

**ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY**

1

1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NORTHERN CALIFORNIA**
**SAN FRANCISCO DIVISION**

8
9
10

| | |
|---|---|
| COURTNEY MCMILLIAN and RONALD COOPER, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>     v.<br><br>X CORP., f/k/a/ TWITTER, INC., X HOLDINGS, ELON MUSK, DOES,<br><br>         Defendants. | Case No. 3:23-cv-03461-TLT-RMI<br><br><br>**ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY**<br><br><br>Hon. Trina L. Thompson<br>Date: June 18, 2024<br>2:00 pm PT<br><br>Magistrate Judge: Robert M. Illman |

11
12
13
14
15
16
17
18
19

20       Pursuant to Civil Local Rules 7-3(d) and 7-11, Plaintiffs respectfully submit this Motion

21  for Leave to File a Sur-Reply in Opposition to Defendants' Motion to Dismiss, attached here as

22  "Exhibit A."

23       Defendants filed their Motion to Dismiss Plaintiffs' Amended Complaint on January 9,

24  2024. Dkt. 38. On February 9, Plaintiffs filed their Opposition to Defendants' Motion to Dismiss

25  Plaintiffs' Amended Complaint. Dkt. 45. On February 23, Defendants filed a Reply in Support of

26  their Motion to Dismiss ("Reply"). Dkt. 50. The Reply raises new arguments that were not raised

27  in the opening papers. Specifically, Defendants argue for the first time that the Court should not

28

consider the "Severance Matrix." Reply at 5. Defendants also raise the new argument that by

referencing the Merger Agreement, Plaintiffs' ERISA Section 502(a)(2) claim was morphed into

a state law claim for breach of contract which fails because Plaintiffs are not third-party

beneficiaries of the Merger Agreement. Reply at 6, 8-9.

Plaintiffs intended to address the new arguments at the April 9th hearing. Dkt. 58.

However, on April 3rd, the Court vacated the hearing. Dkt. 65. Therefore, Plaintiffs request that

the Court ignore Defendants' new arguments that were inappropriately raised in their Reply or

grant Plaintiffs' leave to file a short four-page sur-reply in order to respond to the new

arguments. *U.S. v. Romm*, 455 F.3d 990, 997 (9th Cir. 2006) (declining to consider argument

first raised in a reply); *Dytch v. Yoon*, 2011 WL 839421, at *3 (N.D. Cal. Mar. 7, 2011) ("It is

improper for a moving party to introduce new facts or different legal arguments in the reply brief

than those presented in the moving papers") (internal citations omitted); *Banga v. First USA, NA*,

29 F. Supp. 3d 1270, 1276 (N.D. Cal. 2014) ("If a party raises a new argument or presents new

evidence in a reply brief, a court may consider these matters only if the adverse party is given an

opportunity to respond") (internal citations omitted); *Tanious v. Gattoni*, 533 F. Supp. 3d 770

(N.D. Cal. April 8, 2021) (granting leave to file a sur-reply to respond to argument raised in

reply brief for the first time).

Plaintiffs' proposed Sur-Reply to Defendants' Motion to Dismiss Plaintiffs' Amended

Complaint is attached as Exhibit A.

**ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DATED: April 9, 2024

Respectfully submitted,

Sanford Heisler Sharp, LLP

By: */s/ Kristi Stahnke McGregor*
Kristi Stahnke McGregor, GA Bar No.
674012
(admitted *pro hac vice*)
**SANFORD HEISLER SHARP, LLP**
611 Commerce Street, Suite 3100
Nashville, TN 37203
Telephone: (615) 434-7008
kmcgregor@sanfordheisler.com

*Attorney for Plaintiffs*
*and the Potential Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2024, I electronically filed the foregoing with the Clerk of

the Court using the CM/ECF system, which will send a copy of this filing to all counsel of

record.

Mark A. Feller
Melissa D. Hill
Jared R. Killeen
Sean K. McMahan
**MORGAN, LEWIS & BOCKIUS LLP**
mark.feller@morganlewis.com
melissa.hill@morganlewis.com
jared.killeen@morganlewis.com
sean.mcmahan@morganlewis.com

*Attorneys for Defendants X Corp.,*
*X Holdings, and Elon Musk*

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.


DATED: April 9, 2024

*/s/ Kristi Stahnke McGregor*
Kristi Stahnke McGregor, GA Bar No.
674012
(admitted *pro hac vice*)
**SANFORD HEISLER SHARP, LLP**
611 Commerce Street, Suite 3100
Nashville, TN 37203
Telephone: (615) 434-7008
kmcgregor@sanfordheisler.com

Case No. 3:23-cv-03461-TLT-RMI
**ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY**