Kate Mueting, DC Bar No. 988177*
Dacey Romberg, DC Bar No. 90003767*
Samone Ijoma, MD Bar No. 2012170086*
**SANFORD HEISLER SHARP, LLP**
700 Pennsylvania Avenue SE, Suite 300
Washington, DC 20003
Telephone: (202) 499-5206
kmueting@sanfordheisler.com
dromberg@sanfordheisler.com
sijoma@sanfordheisler.com

Charles Field, SBN 189817
**SANFORD HEISLER SHARP, LLP**
7911 Herschel Avenue, Suite 300
La Jolla, CA 92037
Telephone: (619) 577-4252
cfield@sanfordheisler.com

Kristi Stahnke McGregor, GA Bar No. 674012*
**SANFORD HEISLER SHARP, LLP**
611 Commerce Street, Suite 3100
Nashville, TN 37203
Telephone: (615) 434-7008
kmcgregor@sanfordheisler.com

Christopher Owens, MD Bar No. 220280004*
**SANFORD HEISLER SHARP, LLP**
111 S. Calvert Street, Suite 1950
Baltimore, Maryland 21202
Telephone: (410) 834-7422
cowens@sanfordheisler.com

*Attorneys for Plaintiffs
and the Potential Class*

* admitted *pro hac vice*

Case No. 3:23-cv-03461-TLT-RMI
**DECLARATION OF KRISTI STAHNKE MCGREGOR IN SUPPORT OF PLAINTIFFS'
ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY**
1

# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTHERN CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| COURTNEY MCMILLIAN and RONALD COOPER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>X CORP., f/k/a/ TWITTER, INC., X HOLDINGS, ELON MUSK, DOES,<br><br>Defendants. | Case No. 3:23-cv-03461-TLT-RMI<br><br>**DECLARATION OF KRISTI STAHNKE MCGREGOR IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY**<br><br>Judge: Trina L. Thompson<br>Magistrate Judge: Robert M. Illman |

## DECLARATION OF KRISTI S. MCGREGOR

I, Kristi Stahnke McGregor, declare and state as follows:

1. I am an attorney at Sanford Heisler Sharp, LLP, and represent Plaintiffs Courtney McMillian and Ronald Cooper in this case. I am admitted *pro hac vice* before this Court. I submit this declaration pursuant to L.R. 7-11(a) in support of Plaintiffs' Administrative Motion for Leave to File a Sur-Reply. I have personal knowledge of the facts stated

1. herein and could competently testify to them if called to do so.

2. Plaintiffs contacted Defendants on April 8, 2024, to inquire if they consent to Plaintiffs filing a motion for leave to file a sur-reply addressing arguments that were raised for the first time in Defendants' Reply to the Motion to Dismiss.

3. Defendants informed Plaintiffs on April 9, 2024, that they did not consent to the filing.

4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 9th day of April 2024 in Birmingham, Alabama.

DATED: April 9, 2024

Respectfully submitted,

Sanford Heisler Sharp, LLP

By: */s/ Kristi Stahnke McGregor*
Kristi Stahnke McGregor, GA Bar No. 674012
(admitted *pro hac vice*)
**SANFORD HEISLER SHARP, LLP**
611 Commerce Street, Suite 3100
Nashville, TN 37203
Telephone: (615) 434-7008
kmcgregor@sanfordheisler.com

*Attorney for Plaintiffs
and the Potential Class*