UNITED STATES DISTRICT COURT
DISTRICT OF NORTHERN CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| COURTNEY MCMILLIAN and RONALD COOPER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>X CORP., f/k/a/ TWITTER, INC., X HOLDINGS, ELON MUSK, Does,<br><br>Defendants. | Case No. 3:23-cv-03461-TLT-RMI<br><br>**[PROPOSED] ORDER FOR ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY** |

Upon consideration of Plaintiffs' Administrative Motion for Leave to File Sur-Reply, it is hereby ORDERED that the Plaintiffs' Administrative Motion for Leave to File Sur-Reply is GRANTED.

IT IS SO ORDERED, on this the _____ day of _____, 20__.

_____
The Honorable Trina L. Thompson
U.S. District Court Judge
Northern District of California

Case No. 3:23-cv-03461-TLT-RMI
**[PROPOSED] ORDER FOR ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY**
1