Kate Mueting, DC Bar No. 988177*
Dacey Romberg, DC Bar No. 90003767*
Samone Ijoma, MD Bar No. 2012170086*
**SANFORD HEISLER SHARP, LLP**
700 Pennsylvania Avenue SE, Suite 300
Washington, DC 20003
Telephone: (202) 499-5206
kmueting@sanfordheisler.com
dromberg@sanfordheisler.com
sijoma@sanfordheisler.com

Charles Field, SBN 189817
**SANFORD HEISLER SHARP, LLP**
7911 Herschel Avenue, Suite 300
La Jolla, CA 92037
Telephone: (619) 577-4252
cfield@sanfordheisler.com

Kristi Stahnke McGregor, GA Bar No. 674012*
**SANFORD HEISLER SHARP, LLP**
611 Commerce Street, Suite 3100
Nashville, TN 37203
Telephone: (615) 434-7008
kmcgregor@sanfordheisler.com

Christopher Owens, MD Bar No. 220280004*
**SANFORD HEISLER SHARP, LLP**
111 S. Calvert Street, Suite 1950
Baltimore, Maryland 21202
Telephone: (410) 834-7422
cowens@sanfordheisler.com

*Attorneys for Plaintiffs
and the Potential Class*

\* admitted *pro hac vice*

Case No. 3:23-cv-03461-TLT-RMI
**ADMINISTRATIVE MOTION TO STRIKE DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF**

1

UNITED STATES DISTRICT COURT
DISTRICT OF NORTHERN CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| COURTNEY MCMILLIAN and RONALD COOPER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>X CORP., f/k/a/ TWITTER, INC., X HOLDINGS, ELON MUSK, DOES,<br><br>Defendants. | Case No. 3:23-cv-03461-TLT-RMI<br><br>**ADMINISTRATIVE MOTION TO STRIKE DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF**<br><br>Judge: Trina L. Thompson<br>Magistrate Judge: Robert M. Illman<br>Date: June 18, 2024<br>Time: 2:00 pm PT |

Pursuant to Civil L.R. 7-11, Plaintiffs request that the Court strike Defendants' Reply in Support of Defendants' Administrative Motion for Leave to File Supplemental Briefing (Dkt. 82) and associated filings (Dkts. 82-1 through 82-4) because Rule 7-11 does not provide for a reply brief.

On April 19, 2024, Defendants filed their Administrative Motion for Leave to File Supplemental Briefing pursuant to Rule 7-11. Dkt. 79. Plaintiffs filed an opposition on April 23, 2024. Dkt. 81. Defendants filed a reply brief later that day ("Reply"). Dkt. 82. Rule 7-11(c) deems

a Motion for Administrative Relief "submitted for immediate determination without hearing on the day after the opposition is due" making clear that a reply is neither necessary nor allowed for administrative motions. *See Morgenstein v. AT & T Mobility LLC*, No. CV 09-3173 SBA, 2009 WL 3021177, at *3 (N.D. Cal. Sep. 17, 2009) (stating that Rule 7-11 prohibits a reply and granting plaintiffs' motion to strike defendant's reply); *Intagio Corp. v. Tiger Oak Publ'ns, Inc.*, No. C 06-3592 PJH, 2007 WL 2990096, at *1 (N.D. Cal. Oct. 11, 2007) (same).

Because Defendants' Reply does not comply with Civil Local Rule 7-11, Plaintiffs respectfully request that Defendants' Reply and all associated filings (Dkts. 82-1 through 82-4) be stricken.

| | |
|---|---|
| DATED: April 24, 2024 | Respectfully submitted, |
| | Sanford Heisler Sharp, LLP |
| | By: */s/ Kristi Stahnke McGregor* <br> Kristi Stahnke McGregor, GA Bar No. 674012 <br> (admitted *pro hac vice*) <br> **SANFORD HEISLER SHARP, LLP** <br> 611 Commerce Street, Suite 3100 <br> Nashville, TN 37203 <br> Telephone: (615) 434-7008 <br> kmcgregor@sanfordheisler.com |
| | *Attorney for Plaintiffs and the Potential Class* |

Case No. 3:23-cv-03461-TLT-RMI
**ADMINISTRATIVE MOTION TO STRIKE DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF**
3

# CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a copy of this filing to all counsel of record.

    Mark A. Feller
    Melissa D. Hill
    Jared R. Killeen
    Sara DeStefano
    Sean K. McMahan
    **MORGAN, LEWIS & BOCKIUS LLP**
    mark.feller@morganlewis.com
    melissa.hill@morganlewis.com
    jared.killeen@morganlewis.com
    sara.destefano@morganlewis.com
    sean.mcmahan@morganlewis.com

    *Attorneys for Defendants X Corp.,*
    *X Holdings, and Elon Musk*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: April 24, 2024

    */s/ Kristi Stahnke McGregor*
    Kristi Stahnke McGregor, GA Bar No. 674012
    (admitted *pro hac vice*)
    **SANFORD HEISLER SHARP, LLP**
    611 Commerce Street, Suite 3100
    Nashville, TN 37203
    Telephone: (615) 434-7008
    kmcgregor@sanfordheisler.com