1   Mark A. Feller (SBN 319789)
    mark.feller@morganlewis.com
2   **MORGAN, LEWIS & BOCKIUS, LLP**
    One Market, Spear Street Tower
3   San Francisco, CA 94105-1596
    Tel: 415.442.1000
4
    Melissa Hill (*pro hac vice*)
5   melissa.hill@morganlewis.com
    **MORGAN, LEWIS & BOCKIUS, LLP**
6   101 Park Avenue
    New York, NY 10178
7   Tel: 212.309.6000

8   Sean K. McMahan (*pro hac vice*)
    sean.mcmahan@morganlewis.com
9   **MORGAN, LEWIS & BOCKIUS, LLP**
    1717 Main Street, Suite 3200
10  Dallas, TX 75201-7347
    Tel: 214.466.4000
11
    Jared R. Killeen (*pro hac vice*)
12  jared.killeen@morganlewis.com
    **MORGAN, LEWIS & BOCKIUS, LLP**
13  2222 Market Street
    Philadelphia, PA 19103
14  Tel: 215.963.5000

15  *Attorneys for Defendants X Corp., f/k/a*
    *Twitter, Inc.; X Holdings; Elon Musk; and*
16  *Does*

17              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
18

19  COURTNEY MCMILLIAN and RONALD        Case No. 3:23-cv-03461-TLT
    COOPER,
20                                       **DEFENDANTS' OPPOSITION TO**
                 Plaintiffs,             **PLAINTIFFS' ADMINISTRATIVE**
21                                       **MOTION TO STRIKE REPLY IN**
            v.                           **SUPPORT OF MOTION FOR LEAVE**
22                                       **TO FILE SUPPLEMENTAL BRIEF**
    X CORP., f/k/a/ TWITTER, INC.,
23  X HOLDINGS, ELON MUSK, Does,         Judge:      Trina L. Thompson
                                         Magistrate Judge: Robert M. Illman
24               Defendants.

25

26

27

28

Defendants oppose Plaintiffs' Administrative Motion to Strike Defendants' Reply in Support of Motion for Leave to File Supplemental Brief (Dkt. 83), and respectfully ask that the Court consider the Reply (Dkt. 82) and related filings (Dkts. 82-1 through 82-4).

Defendants filed the Reply on the same day Plaintiffs filed their Opposition to Defendants' Administrative Motion for Leave to File Supplemental Briefing in order to respond to Plaintiffs' incorrect assertion that "Defendants failed to meet and confer with Plaintiffs" before filing their Administrative Motion and address other issues raised by Plaintiffs' opposition. *See* Dkt. 81. Although Civil Local Rule 7-11(c) provides that a motion for administrative relief is "deemed submitted for immediate determination without hearing on the day after the opposition is due," the rule does not (as Plaintiffs suggest) expressly prohibit the filing of a reply, and the Court may consider such a reply in its discretion. *See, e.g., Tucker v. AstraZeneca Pharm., L.P.,* 2006 WL 2092069, at *1 (N.D. Cal. July 26, 2006) (considering reply in support of administrative motion); *Ingram v. Pac. Gas & Elec. Co.*, 2013 WL 5340697, at *1 n.1 (N.D. Cal. Sept. 24, 2013) (similar).

Defendants respectfully ask that the Court deny Plaintiffs' Motion to Strike, and consider the Reply and related filings when deciding Defendants' Administrative Motion for Leave to File Supplemental Briefing.

Dated: April 25, 2024            MORGAN, LEWIS & BOCKIUS LLP

By /s/ Melissa Hill
Melissa Hill (pro hac vice)
Sean McMahan (pro hac vice)
Jared R. Killeen (pro hac vice)
Mark A. Feller

Attorneys for Defendants