# EXHIBIT A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SARAH ANOKE, et al.,

    Plaintiffs,

v.

TWITTER, INC., et al.,

    Defendants.

Case No. 23-cv-02217-SI

**ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION DIRECTING DEFENDANTS TO SUPPLEMENT CORPORATE DISCLOSURE STATEMENT**

Re: Dkt. No. 19

Plaintiffs have filed an administrative motion seeking an order directing defendants to supplement their corporate disclosure statement. The Court has reviewed the briefing and concludes that because X Holdings Corporation is a privately owned corporation, Civil Local Rule 3-15 requires defendants to disclose who owns X Holdings Corporation because that person or persons have a "financial interest of any kind in the subject matter in controversy."

Accordingly, defendants are directed to file a supplemented corporate disclosure statement no later than June 9, 2023.

**IT IS SO ORDERED**.

Dated: June 6, 2023

_____
SUSAN ILLSTON
United States District Judge