Kate Mueting, DC Bar No. 988177*
Dacey Romberg, DC Bar No. 90003767*
Samone Ijoma, MD Bar No. 2012170086*
**SANFORD HEISLER SHARP, LLP**
700 Pennsylvania Avenue SE, Suite 300
Washington, DC 20003
Telephone: (202) 499-5206
kmueting@sanfordheisler.com
dromberg@sanfordheisler.com
sijoma@sanfordheisler.com

Charles Field, SBN 189817
**SANFORD HEISLER SHARP, LLP**
7911 Herschel Avenue, Suite 300
La Jolla, CA 92037
Telephone: (619) 577-4252
cfield@sanfordheisler.com

Kristi Stahnke McGregor, GA Bar No. 674012*
**SANFORD HEISLER SHARP, LLP**
611 Commerce Street, Suite 3100
Nashville, TN 37203
Telephone: (615) 434-7008
kmcgregor@sanfordheisler.com

Christopher Owens, MD Bar No. 220280004*
**SANFORD HEISLER SHARP, LLP**
111 S. Calvert Street, Suite 1950
Baltimore, Maryland 21202
Telephone: (410) 834-7422
cowens@sanfordheisler.com

*Attorneys for Plaintiffs*
*and the Potential Class*

* admitted *pro hac vice*

Case No. 3:23-cv-03461-TLT-RMI
**DECLARATION OF DACEY ROMBERG**
1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NORTHERN CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| COURTNEY MCMILLIAN and RONALD COOPER, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> X CORP., f/k/a/ TWITTER, INC., X HOLDINGS, ELON MUSK, DOES, <br><br> Defendants. | Case No. 3:23-cv-03461-TLT-RMI <br><br> **DECLARATION OF DACEY ROMBERG** <br><br> Judge: Trina L. Thompson <br> Magistrate Judge: Robert M. Illman |

## DECLARATION OF DACEY ROMBERG

I, Dacey Romberg, declare as follows:

1. I am an attorney licensed to practice law in the District of Columbia and am employed by the law firm Sanford Heisler Sharp, LLP. I am an attorney of record for the Plaintiffs in the above-captioned case.

2. I emailed Defendants' counsel on April 25, 2024, indicating that Defendants' "Rule 7.1 Corporate Disclosure Statement and Civil L.R. 3-15 Certification of Conflicts and Interested Entities or Persons" (Dkt. 55) did not comply with Civil Local Rule 3-15(b)(2)

because it failed to list the owners of Defendant X Holdings Corp.

3. I followed up with Defendants' counsel on April 30, 2024.

4. Defendants' counsel responded that Defendants would not be filing a compliant certification.

5. On May 1, 2024, I emailed Defendants' counsel the order from *Anoke v. Twitter*, No. 23-2217, Dkt. 35 (N.D. Cal. June 6, 2023), requiring Twitter defendants to identify the owners of X Holdings Corp. to comply with Local Rule 3-15. Defendants' counsel did not respond.

6. I emailed Defendants' counsel again on May 6, 2024, but they did not respond.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 6th day of May 2024 in Washington D.C.

DATED: May 6, 2024                    By: */s/ Dacey Romberg*

Dacey Romberg, DC Bar 90003767
(admitted *pro hac vice*)
**SANFORD HEISLER SHARP, LLP**
700 Pennsylvania Avenue SE, Suite 300
Washington, DC 20003
Telephone: (202) 499-5206
dromberg@sanfordheisler.com

*Attorney for Plaintiffs
and the Potential Class*

Case No. 3:23-cv-03461-TLT-RMI
**DECLARATION OF DACEY ROMBERG**
3