Kate Mueting, DC Bar No. 988177*
Dacey Romberg, DC Bar No. 90003767*
Samone Ijoma, MD Bar No. 2012170086*
**SANFORD HEISLER SHARP, LLP**
700 Pennsylvania Avenue SE, Suite 300
Washington, DC 20003
Telephone: (202) 499-5206
kmueting@sanfordheisler.com
dromberg@sanfordheisler.com
sijoma@sanfordheisler.com

Charles Field, SBN 189817
**SANFORD HEISLER SHARP, LLP**
7911 Herschel Avenue, Suite 300
La Jolla, CA 92037
Telephone: (619) 577-4252
cfield@sanfordheisler.com

Kristi Stahnke McGregor, GA Bar No. 674012*
**SANFORD HEISLER SHARP, LLP**
611 Commerce Street, Suite 3100
Nashville, TN 37203
Telephone: (615) 434-7008
kmcgregor@sanfordheisler.com

Christopher Owens, MD Bar No. 220280004*
**SANFORD HEISLER SHARP, LLP**
111 S. Calvert Street, Suite 1950
Baltimore, Maryland 21202
Telephone: (410) 834-7422
cowens@sanfordheisler.com

*Attorneys for Plaintiffs
and the Potential Class*

* admitted *pro hac vice*

Case No. 3:23-cv-03461-TLT-RMI

**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**

1

1

2

3

4

5

6

7

8

9

10

11

## UNITED STATES DISTRICT COURT
## DISTRICT OF NORTHERN CALIFORNIA
## SAN FRANCISCO DIVISION

12  COURTNEY MCMILLIAN and RONALD
COOPER, on behalf of themselves and all others
13  similarly situated,

14          Plaintiffs,

15      v.

16  X CORP., f/k/a/ TWITTER, INC.,
17  X HOLDINGS, ELON MUSK, DOES,

18          Defendants.

19

Case No. 3:23-cv-03461-TLT-RMI

**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**

Judge: Trina L. Thompson
Magistrate Judge: Robert M. Illman
Date: August 20, 2024
Time: 2:00 pm
Courtroom: 9 – 19th Floor

20

21      Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiffs respectfully submit this

22  Administrative Motion to Consider Whether Another Party's Material Should Be Sealed in

23  connection with Plaintiffs' letter to the Court, attached here as "Exhibit A."

24      Starting on April 9, 2024, the parties have exchanged drafts of a joint letter regarding the

25  Twitter Severance Matrix, and on May 3, 2024, Defendants requested that the letter be filed under

26

27

28

Case No. 3:23-cv-03461-TLT-RMI

1  seal.  Plaintiffs today file a letter relating to the joint letter that Defendants wanted to be filed under

2  seal, and Plaintiffs therefore seek to file today's letter under seal out of an abundance of caution.

3

4  DATED: May 15, 2024                        Respectfully submitted,

5                                             Sanford Heisler Sharp, LLP

6                                             By: */s/ Kate Mueting*
                                              Kate Mueting DC Bar No. 988177
7                                             (admitted *pro hac vice*)
                                              **SANFORD HEISLER SHARP, LLP**
8                                             700 Pennsylvania Avenue SE, Suite 300
                                              Washington, DC 20003
9                                             Telephone: (202) 499-5206
                                              kmueting@sanfordheisler.com
10

11                                            *Attorney for Plaintiffs*
                                              *and the Potential Class*
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a copy of this filing to all counsel of record.

Mark A. Feller
Melissa D. Hill
Jared R. Killeen
Sara DeStefano
Sean K. McMahan
**MORGAN, LEWIS & BOCKIUS LLP**
mark.feller@morganlewis.com
melissa.hill@morganlewis.com
jared.killeen@morganlewis.com
sara.destefano@morganlewis.com
sean.mcmahan@morganlewis.com

*Attorneys for Defendants X Corp.,*
*X Holdings, and Elon Musk*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: May 15, 2024

/s/ Kate Mueting
Kate Mueting DC Bar No. 988177
(admitted *pro hac vice*)
**SANFORD HEISLER SHARP, LLP**
700 Pennsylvania Avenue SE, Suite 300
Washington, DC 20003
Telephone: (202) 499-5206
kmueting@sanfordheisler.com

Case No. 3:23-cv-03461-TLT-RMI
**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**