Kate Mueting, DC Bar No. 988177*
Dacey Romberg, DC Bar No. 90003767*
Samone Ijoma, MD Bar No. 2012170086*
**SANFORD HEISLER SHARP, LLP**
700 Pennsylvania Avenue SE, Suite 300
Washington, DC 20003
Telephone: (202) 499-5206
kmueting@sanfordheisler.com
dromberg@sanfordheisler.com
sijoma@sanfordheisler.com

Charles Field, SBN 189817
**SANFORD HEISLER SHARP, LLP**
7911 Herschel Avenue, Suite 300
La Jolla, CA 92037
Telephone: (619) 577-4252
cfield@sanfordheisler.com

Kristi Stahnke McGregor, GA Bar No. 674012*
**SANFORD HEISLER SHARP, LLP**
611 Commerce Street, Suite 3100
Nashville, TN 37203
Telephone: (615) 434-7008
kmcgregor@sanfordheisler.com

Christopher Owens, MD Bar No. 220280004*
**SANFORD HEISLER SHARP, LLP**
111 S. Calvert Street, Suite 1950
Baltimore, Maryland 21202
Telephone: (410) 834-7422
cowens@sanfordheisler.com

*Attorneys for Plaintiffs
and the Potential Class*

* admitted *pro hac vice*

Case No. 3:23-cv-03461-TLT-RMI
**DECLARATION OF KATE MUETING**
1

# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTHERN CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| COURTNEY MCMILLIAN and RONALD COOPER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>X CORP., f/k/a/ TWITTER, INC., X HOLDINGS, ELON MUSK, DOES,<br><br>Defendants. | Case No. 3:23-cv-03461-TLT-RMI<br><br>**DECLARATION OF KATE MUETING**<br><br>Hon. Trina L. Thompson |

I, Kate Mueting, declare as follows:

1. I am an attorney licensed to practice law in the District of Columbia and am employed by the law firm Sanford Heisler Sharp, LLP. I am the attorney of record for the Plaintiffs in the above-captioned case.

2. Starting on April 9, 2024, the parties have exchanged drafts of a joint letter regarding the Twitter Severance Matrix, and on May 3, 2024, Defendants requested that the letter be filed under seal.

3. Today, Plaintiffs file a letter to the Court, attached as Exhibit A, relating to the joint letter that Defendants wanted to be filed under seal. Plaintiffs therefore file today's letter under seal out of an abundance of caution.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: May 15, 2024                     By: */s/ Kate Mueting*

Kate Mueting, D.C. Bar No. 988177
(admitted *pro hac vice*)
**SANFORD HEISLER SHARP, LLP**
700 Pennsylvania Avenue SE, Suite 300
Washington, DC 20003
Telephone: (202) 499-5206
kmueting@sanfordheisler.com

*Attorney for Plaintiffs
and the Potential Class*

Case No. 3:23-cv-03461-TLT-RMI
**DECLARATION OF KATE MUETING**
3