UNITED STATES DISTRICT COURT
DISTRICT OF NORTHERN CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| COURTNEY MCMILLIAN and RONALD COOPER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>X CORP., f/k/a/ TWITTER, INC., X HOLDINGS, ELON MUSK, DOES,<br><br>Defendants. | Case No. 3:23-cv-03461-TLT-RMI<br><br>**[PROPOSED] ORDER FOR PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Upon consideration of Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should be Sealed, Docket Number 87, and any response thereto, it is hereby ORDERED on this ____ day of _____, 20___ that Plaintiffs' letter at Docket Number 87–1 be filed under seal.

_____
The Honorable Trina L. Thompson
U.S. District Court Judge
Northern District of California