Mark A. Feller (SBN 319789)
mark.feller@morganlewis.com
**MORGAN, LEWIS & BOCKIUS, LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel: 415.442.1000

Melissa Hill (*pro hac vice*)
melissa.hill@morganlewis.com
**MORGAN, LEWIS & BOCKIUS, LLP**
101 Park Avenue
New York, NY 10178
Tel: 212.309.6000

Sean K. McMahan (*pro hac vice*)
sean.mcmahan@morganlewis.com
**MORGAN, LEWIS & BOCKIUS, LLP**
1717 Main Street, Suite 3200
Dallas, TX 75201-7347
Tel: 214.466.4000

Jared R. Killeen (*pro hac vice*)
jared.killeen@morganlewis.com
**MORGAN, LEWIS & BOCKIUS, LLP**
2222 Market Street
Philadelphia, PA 19103
Tel: 215.963.5000

*Attorneys for Defendants X Corp., f/k/a Twitter, Inc.; X Holdings; Elon Musk; and Does*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COURTNEY MCMILLIAN and RONALD COOPER,<br><br>           Plaintiffs,<br><br>     v.<br><br>X CORP., f/k/a/ TWITTER, INC., X HOLDINGS, ELON MUSK, Does,<br><br>           Defendants. | Case No. 3:23-cv-03461-TLT<br><br>**DECLARATION OF MELISSA D. HILL IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge:    Trina L. Thompson<br>Magistrate Judge: Robert M. Illman<br>Date: August 20, 2024<br>Time: 2:00 pm<br>Courtroom: 9 – 19th Floor |

i   Case No. 3:23-cv-03461-RMI
DECLARATION OF MELISSA D. HILL IN SUPPORT OF
DEFENDANTS' OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

I, Melissa D. Hill, declare as follows:

1. I am a partner at Morgan, Lewis & Bockius, LLP, and represent Defendants X Corp., X Corp. Holdings, and Elon Musk (together, "Defendants") in this case. I am admitted *pro hac vice* before this Court. I submit this declaration in support of Defendants' Opposition to Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed. I have personal knowledge of the facts stated herein and could testify to them if called to do so.

2. On August 17, 2023, Defendants' counsel sent by e-mail to Plaintiffs' counsel a letter with the subject line "Potential Litigation Regarding Your Client, Courtney McMillian," a true and correct copy of which is attached hereto as **Exhibit 1**.

3. On September 13, 2023, Plaintiffs' counsel sent by e-mail to Defendants' counsel a letter with the subject line "McMillian v. Twitter, Inc.," a true and correct copy of which is attached hereto as **Exhibit 2**.

4. On March 13, 2024, Defendants' counsel sent an e-mail to Plaintiffs' counsel with the subject line "McMillian/X Corp.," a true and correct copy of which is attached hereto as **Exhibit 3**.

5. On April 3, 2024, Plaintiffs' counsel sent by e-mail to Defendants' counsel a letter with the subject line "*McMillian and Cooper v. X. Corp., f/k/a Twitter, Inc., X Holdings, Elon Musk Does* – Case No. 23-cv-03461-TLT," a true and correct copy of which is attached hereto as **Exhibit 4**.

6. On April 29, 2024, Defendants' counsel sent by e-mail to Plaintiffs' counsel a letter with the subject line "McMillian v. X. Corp., et al. – N.D. Cal., Case No. 23-cv-03461-TLT," a true and correct copy of which is attached hereto as **Exhibit 5**.

7. On May 20, 2024, Plaintiffs' counsel sent by e-mail to Defendants' counsel a letter with the subject line "McMillian and Cooper v. X. Corp., f/k/a Twitter, Inc., X Holdings, Elon Musk Does – Case No. 23-cv-03461-TLT-RMI," a true and correct copy of which is attached hereto as **Exhibit 6**.

8. I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

Morgan, Lewis & Bockius LLP
Attorneys at Law
Los Angeles

1                              Case No. 3:23-cv-03461-RMI
DECLARATION OF MELISSA D. HILL IN SUPPORT OF
DEFENDANTS' OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1  Dated: May 20, 2024

MORGAN, LEWIS & BOCKIUS LLP

By */s/ Melissa Hill*
Melissa Hill (pro hac vice)
**MORGAN, LEWIS & BOCKIUS, LLP**
101 Park Avenue
New York, NY 10178
E-mail: melissa.hill@morganlewis.com
Tel: 212.309.6000

Attorneys for Defendants
2    Case No. 3:23-cv-03461-TLT-RMI
DECLARATION OF MELISSA D. HILL IN SUPPORT OF
DEFENDANTS' OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION