

**Sanford Heisler Sharp, LLP**
700 Pennsylvania Avenue SE, Suite 300
Washington, DC 20003
Telephone: (202) 499-5200
Fax: (202) 499-5199
www.sanfordheisler.com

*Kate Mueting*, Firm Administrative Partner and Discrimination and Harassment Practice Group Co-Chair
(202) 499-5206
kmueting@sanfordheisler.com          New York | Washington, DC | San Francisco | Palo Alto | Baltimore | Nashville | San Diego

September 13, 2023

**VIA EMAIL**
Melissa D. Hill
melissa.hill@morganlewis.com

   Re: ***McMillian v. Twitter, Inc.***

Dear Melissa,

  I write to respond to your recent letter regarding Ms. McMillian's preservation obligations. Ms. McMillian was advised on her termination date, November 4, 2022, that Twitter would send her a box to facilitate the return of her company-issued computer. However, Twitter only recently sent this box for computer collection, nine months after Ms. McMillian's termination. At the time of her termination, Ms. McMillian understands she was locked out of all Twitter systems, including the laptop. She has not accessed any documents from the laptop or Twitter's system since her last day. We can also confirm that now that she has received the box, she has returned the laptop.

  Upon receipt of your preservation letter, Ms. McMillian was reminded of a personal flash drive that she occasionally used for work while employed at Twitter and another entity. She immediately informed us of this, and we sent it to a third-party for imaging. In reviewing the file names of the documents contained on the flash drive, Ms. McMillian saw that it still contained a Twitter Workday file. We can confirm that Ms. McMillian has not looked at that file since October 2022. We can also confirm that, as counsel for Ms. McMillian, we have not accessed the document and will not do so. We can delete the file and have our vendor send it to you.

  Please let us know if you have any questions or if you would like to discuss. Additionally, we anticipate sending a preservation letter later this week. To that end, please confirm whether you represent all defendants in this matter.

                  Sincerely,

                  Kate Mueting