## Killeen, Jared R.

| | |
|---|---|
| **From:** | Killeen, Jared R. |
| **Sent:** | Wednesday, March 13, 2024 10:31 AM |
| **To:** | 'Dacey Romberg'; McMahan, Sean; Hill, Melissa D.; Feller, Mark A. |
| **Cc:** | Twitter Matter |
| **Subject:** | McMillian/X Corp |

Counsel,

As you know, Courtney McMillian improperly retained certain confidential documents and/or information from Twitter's electronic files and databases in early November 2022, around the time of her termination from the company, by both downloading and printing to a personal printer several highly confidential company documents.  These confidential documents and information include a Twitter Workday file, the so-called "severance matrix" filed with Ms. McMillian's complaint in the Northern District of California, and other confidential documents related to Twitter's compensation and benefit offerings.  Ms. McMillian's retention of these documents and information is improper and illegal, and violates the terms of her Employee Invention and Confidentiality Agreement dated October 27, 2022.  We request that you cause to be returned to us of all such documents and information possessed by you or Ms. McMillian no later than March 19, 2024, including but not limited to any digital files or copies, printed copies or duplications, thumb-drives, or other retention devices.  Should you or Ms. McMillian fail to comply with this request, X Corp. will seek all relief available under law.

Thank you,

**Jared R. Killeen**
**Morgan, Lewis & Bockius LLP**
2222 Market Street | Philadelphia, PA 19103-3007
Direct: +1.215.963.5478 | Main: +1.215.963.5000 | Fax: +1.215.963.5001
jared.killeen@morganlewis.com | www.morganlewis.com



**From:** Dacey Romberg <dromberg@sanfordheisler.com>
**Sent:** Thursday, March 7, 2024 3:41 PM
**To:** Killeen, Jared R. <jared.killeen@morganlewis.com>; McMahan, Sean <sean.mcmahan@morganlewis.com>; Hill, Melissa D. <melissa.hill@morganlewis.com>; Feller, Mark A. <mark.feller@morganlewis.com>
**Cc:** Twitter Matter <TwitterMatter@sanfordheisler.com>
**Subject:** RE: Draft Rule 26(f) Report

[EXTERNAL EMAIL]
Jared,