UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY MCMILLIAN and RONALD COOPER,<br><br>Plaintiffs,<br><br>v.<br><br>X CORP., f/k/a/ TWITTER, INC., X HOLDINGS, ELON MUSK, Does,<br><br>Defendants. | Case No. 3:23-cv-03461-TLT<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge:     Trina L. Thompson<br>Magistrate Judge: Robert M. Illman |

Upon consideration of Defendants' Opposition to Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (the "Motion"), and GOOD CAUSE being found, it is hereby ORDERED that Plaintiffs' Motion is DENIED.

IT IS SO ORDERED, on this _____ day of _____ 2024.

_____
Hon. Trina L. Thompson
U.S. District Court Judge
Northern District of California