UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY MCMILLIAN, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>ELON MUSK, et al.,<br><br>  Defendants. | Case No. 23-cv-03461-TLT<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION FOR ORDER REQUIRING DEFENDANTS TO FILE A CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS IN COMPLIANCE WITH LOCAL RULE 3-15**<br><br>Re: ECF No. 85 |

Upon consideration of Plaintiffs' Administrative Motion for Order Requiring Defendants to File a Certification of Conflicts and Interested Entities or Persons in Compliance with Local Rule 3-15, it is hereby ORDERED. If there is no conflict or interest to be disclosed, then Defendants must file a Certification that shall state: "Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report," after which the Signature, Attorney of Record, shall be included. This order resolves ECF No. 85.

IT IS SO ORDERED.

Dated: May 28, 2024

TRINA L. THOMPSON
United States District Judge