Kate Mueting, DC Bar No. 988177*
Dacey Romberg, DC Bar No. 90003767*
Samone Ijoma, MD Bar No. 2012170086*
**SANFORD HEISLER SHARP, LLP**
700 Pennsylvania Avenue SE, Suite 300
Washington, DC 20003
Telephone: (202) 499-5206
kmueting@sanfordheisler.com
dromberg@sanfordheisler.com
sijoma@sanfordheisler.com

Charles Field, SBN 189817
**SANFORD HEISLER SHARP, LLP**
7911 Herschel Avenue, Suite 300
La Jolla, CA 92037
Telephone: (619) 577-4252
cfield@sanfordheisler.com

Kristi Stahnke McGregor, GA Bar No. 674012*
**SANFORD HEISLER SHARP, LLP**
611 Commerce Street, Suite 3100
Nashville, TN 37203
Telephone: (615) 434-7008
kmcgregor@sanfordheisler.com

Christopher Owens, MD Bar No. 220280004*
**SANFORD HEISLER SHARP, LLP**
111 S. Calvert Street, Suite 1950
Baltimore, Maryland 21202
Telephone: (410) 834-7422
cowens@sanfordheisler.com

*Attorneys for Plaintiffs*
*and the Potential Class*

* admitted *pro hac vice*

Case No. 3:23-cv-03461-TLT-RMI
**PLAINTIFFS' NOTICE PER L.R. 7-13 REGARDING MOTION TO DISMISS**
1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NORTHERN CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| COURTNEY MCMILLIAN and RONALD COOPER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>X CORP., f/k/a/ TWITTER, INC., X HOLDINGS, ELON MUSK, DOES,<br><br>Defendants. | Case No. 3:23-cv-03461-TLT-RMI<br><br>**PLAINTIFFS' NOTICE PER L.R. 7-13 REGARDING MOTION TO DISMISS**<br><br>Judge: Trina L. Thompson<br>Magistrate Judge: Robert M. Illman |

Plaintiffs Courtney McMillian and Ronald Cooper, on behalf of themselves and all others similarly situated, hereby submit the following Notice, pursuant to Civil Local Rule 7-13, as follows.

Defendants submitted a Notice of Motion and Motion to Dismiss Plaintiffs' Amended Complaint, Memorandum of Points and Authorities ("Motion to Dismiss") to the Court on January 9, 2024. Dkt. 38. Plaintiffs filed an Opposition to Defendants' Motion to Dismiss on February 12, 2024. Dkt. 45. Defendants filed a Reply in Support of their Motion to Dismiss on February 23, 2024. Dkt. 50. This has been under submission for more than 120 days, so Plaintiffs respectfully

submit this Notice of Pending Submission under Civil Local Rule 7-13. Magistrate Judge Robert M. Illman stayed discovery in the above-captioned case pending a decision on the Motion to Dismiss on April 16, 2024 (Dkt. 77), and other litigation against Defendants continues to move forward.[1]

DATED: June 24, 2024          Respectfully submitted,

Sanford Heisler Sharp, LLP

By: */s/ Dacey Romberg*
Dacey Romberg, DC Bar No. 90003767
(admitted *pro hac vice*)
**SANFORD HEISLER SHARP, LLP**
700 Pennsylvania Avenue SE, Suite 300
Washington, DC 20003
Telephone: (202) 499-5219
dromberg@sanfordheisler.com

*Attorney for Plaintiffs
and the Potential Class*

---

[1] Opposition re Discovery Letter Brief, *Adler v. Twitter, Inc*, No. 3:23-cv-01788, Dkt. 63 (N.D. Cal. June 18, 2024); Mot. to Certify Class, *Ma v. Twitter, Inc et al*, No. 3:23-cv-01788, Dkt. 50 (N.D. Cal. June 17, 2024); Minute Entry for Initial Case Management Conference, *Agrawal et al v. Musk et al*, No. 3:24-cv-01304, Dkt. 60 (N.D. Cal. June 14, 2024); Stipulation and Ord. to Modify Briefing Scheduling for Pls.' Mot. for Class Certification, *Schobinger v. Twitter, Inc. et al*, No. 3:23-cv-03007, Dkt. 60 (N.D. Cal. May 24, 2024); Notice of Service of Pls.' Second Request for Produc. of Docs., *Arnold et al v. X Corp. et al*, No. 1:23-cv-00528, Dkt. 81 (D. Del. April 30, 2024).