Mark A. Feller (SBN 319789)
mark.feller@morganlewis.com
**MORGAN, LEWIS & BOCKIUS, LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel: 415.442.1000

Melissa Hill (*pro hac vice*)
melissa.hill@morganlewis.com
**MORGAN, LEWIS & BOCKIUS, LLP**
101 Park Avenue
New York, NY 10178
Tel: 212.309.6000

Sean K. McMahan (*pro hac vice*)
sean.mcmahan@morganlewis.com
**MORGAN, LEWIS & BOCKIUS, LLP**
1717 Main Street, Suite 3200
Dallas, TX 75201-7347
Tel: 214.466.4000

Jared R. Killeen (*pro hac vice*)
jared.killeen@morganlewis.com
**MORGAN, LEWIS & BOCKIUS, LLP**
2222 Market Street
Philadelphia, PA 19103
Tel: 215.963.5000

*Attorneys for Defendants X Corp., f/k/a Twitter, Inc.; X Holdings; Elon Musk; and Does*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY MCMILLIAN and RONALD COOPER,<br><br>Plaintiffs,<br><br>v.<br><br>X CORP., f/k/a/ TWITTER, INC.,<br>X HOLDINGS, ELON MUSK, Does,<br><br>Defendants. | Case No. 3:23-cv-03461-TLT<br><br>**DEFENDANTS' SUPPLEMENTAL RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION PURSUANT TO LOCAL RULE 3-15** |

1  Pursuant to Northern District of California Civil Local Rule 3-15 and Rule 7.1 of the

2  Federal Rules of Civil Procedure, Defendant X Corp., by and through its counsel, certifies that it is

3  wholly owned by X Holdings Corp., a privately held corporation.  No publicly held corporation

4  owns 10% or more of X Corp.'s or X Holdings Corp.'s stock.

5  Pursuant to the Court's Order Granting Administrative Motion for Order Requiring

6  Defendants to File a Certification of Conflicts and Interested Entities or Persons in Compliance

7  with Local Rule 3-15 (Dkt. No. 90), Defendants disclose the following persons and entities who

8  are owners/shareholders of X Holdings Corp.:

9  ● ███████████████

10  ● ████████

11  ● ████████

12  ● █████████

13  ● ████████

14  ● ████████████████████

15  ● ██████████

16  ● ████████████████

17  ● ███████

18  ● █████████

19  ● ████████████

20  ● █████████

21  ● ██████████████████

22  ● ██████████

23  ● ████████████

24  ● ████████████

25  ● █████████

26  ● ████████

27  ● ██████████████

28  ● █████████████

DEFENDANTS' SUPPLEMENTAL RULE 7.1 DISCLOSURE AND CIVIL L.R. 3-15 CERTIFICATION

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

2          Case No. 3:23-cv-03461-TLT
DEFENDANTS' SUPPLEMENTAL RULE 7.1 DISCLOSURE AND CIVIL L.R. 3-15 CERTIFICATION



MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

3        Case No. 3:23-cv-03461-TLT
DEFENDANTS' SUPPLEMENTAL RULE 7.1 DISCLOSURE AND CIVIL L.R. 3-15 CERTIFICATION



DEFENDANTS' SUPPLEMENTAL RULE 7.1 DISCLOSURE AND CIVIL L.R. 3-15 CERTIFICATION

1  • ████████████████████████████████████████

2  • ████████████

3  • ████████████████

4     Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict

5  or interest (other than the named parties and the above-listed owners/shareholders of X Holdings

6  Corp.) to report.

7  Dated: June 26, 2024                           MORGAN, LEWIS & BOCKIUS LLP

8                                                 By  /s/ Melissa Hill

9                                                     Melissa Hill (pro hac vice)
                                                      Sean McMahan (pro hac vice)
                                                      Jared R. Killeen (pro hac vice)
10                                                    Mark A. Feller

11                                                    Attorneys for Defendants

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Morgan, Lewis &
Bockius LLP
Attorneys at Law
Los Angeles

5        Case No. 3:23-cv-03461-TLT
DEFENDANTS' SUPPLEMENTAL RULE 7.1 DISCLOSURE AND CIVIL L.R. 3-15 CERTIFICATION