**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COURTNEY MCMILLIAN and RONALD COOPER,<br><br>Plaintiffs,<br><br>v.<br><br>X CORP., f/k/a/ TWITTER, INC., X HOLDINGS, ELON MUSK, Does,<br><br>Defendants. | Case No. 3:23-cv-03461-TLT<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO ENLARGE TIME TO RESPOND TO NON-PARTY INTERVENER JACOB SILVERMAN'S MOTION TO INTERVENE |

**[PROPOSED] ORDER**

The Court, having considered the papers submitted by Defendants in support of Defendants' Unopposed Motion to Extend Time to Respond to Non-Party Intervener Jacob Silverman's Motion to Intervene, hereby GRANTS the Motion in its entirety. The Court orders as follows:

1. Defendants' deadline to respond to the Motion to Intervene is enlarged from July 23, 2024, to July 30, 2024;

2. Mr. Silverman's deadline to reply is enlarged from July 30, 2024, to August 6, 2024;

3. The hearing date for the Motion to Intervene is continued from September 17, 2024, to October [1] 2024.

1  **IT IS SO ORDERED.**

Dated: July 10, 2024

_____
Honorable Trina L. Thompson
United States District Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1   Case No. 3:23-cv-03461-TLT
[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO ENLARGE TIME