Kate Mueting, DC Bar No. 988177*
Dacey Romberg, DC Bar No. 90003767*
Samone Ijoma, MD Bar No. 2012170086*
**SANFORD HEISLER SHARP, LLP**
700 Pennsylvania Avenue SE, Suite 300
Washington, DC 20003
Telephone: (202) 499-5206
kmueting@sanfordheisler.com
dromberg@sanfordheisler.com
sijoma@sanfordheisler.com

Charles Field, SBN 189817
**SANFORD HEISLER SHARP, LLP**
7911 Herschel Avenue, Suite 300
La Jolla, CA 92037
Telephone: (619) 577-4252
cfield@sanfordheisler.com

Kristi Stahnke McGregor, GA Bar No. 674012*
**SANFORD HEISLER SHARP, LLP**
611 Commerce Street, Suite 3100
Nashville, TN 37203
Telephone: (615) 434-7008
kmcgregor@sanfordheisler.com

Christopher Owens, MD Bar No. 220280004*
**SANFORD HEISLER SHARP, LLP**
111 S. Calvert Street, Suite 1950
Baltimore, Maryland 21202
Telephone: (410) 834-7422
cowens@sanfordheisler.com

*Attorneys for Plaintiffs
and the Potential Class*

* admitted *pro hac vice*

Case No. 3:23-cv-03461-TLT-RMI-SK

**NOTICE OF INTENT TO STAND ON AMENDED COMPLAINT**

1

1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NORTHERN CALIFORNIA**
**SAN FRANCISCO DIVISION**

11
12

COURTNEY MCMILLIAN and RONALD
COOPER, on behalf of themselves and all others
similarly situated,

Case No. 3:23-cv-03461-TLT-RMI-SK

13
14

Plaintiffs,

**NOTICE OF INTENT TO STAND
ON COMPLAINT**

15

v.

16

X CORP., f/k/a/ TWITTER, INC.,
X HOLDINGS, ELON MUSK, DOES,

Judge: Trina L. Thompson

17
18

Defendants.

19
20
21
22

Plaintiffs Courtney McMillian and Ronald Cooper, on behalf of themselves and all others

similarly situated, respectfully inform the Court that Plaintiffs intend to stand on the Amended

Complaint dismissed by the Court on July 9, 2024.  *See* Dkt. 97.

23
24
25
26
27

Plaintiffs respectfully request that the Court enter an appealable final judgment so Plaintiffs

may pursue an appeal to the United States Court of Appeals for the Ninth Circuit.  *See, e.g.*,

*Edwards v. Marin Park, Inc.*, 356 F.3d 1058, 1064 (9th Cir. 2004) (holding that after the court

dismisses a complaint with leave to amend, "[a] plaintiff may obtain an appealable final judgment

28

by 'fil[ing] in writing a notice of intent not to file an amended complaint'" (quoting *WMX Techs., Inc. v. Miller*, 104 F.3d 1133, 1135 (9th Cir. 1997)).


DATED: July 30, 2024                          Respectfully submitted,

                                              Sanford Heisler Sharp, LLP

                                              By: */s/ Kate Mueting*
                                              Kate Mueting, DC Bar No. 988177
                                              (admitted *pro hac vice*)
                                              **SANFORD HEISLER SHARP, LLP**
                                              700 Pennsylvania Avenue SE, Suite 300
                                              Washington, D.C. 20003
                                              Telephone: (202) 499-5206
                                              kmueting@sanfordheisler.com

                                              *Attorney for Plaintiffs*
                                              *and the Potential Class*