# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| Courtney McMillian et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 3:23-cv-03461-TLT |
| X Corp. f/k/a Twitter, Inc. et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Non-Party Intervenor Jacob Silverman.

Date:  07/30/2024

/s/ Jean-Paul Jassy
*Attorney's signature*

Jean-Paul Jassy (SBN 205513)
*Printed name and bar number*

Jassy Vick Carolan LLP
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
*Address*

jpjassy@jassyvick.com
*E-mail address*

(310) 870-7048
*Telephone number*

(310) 870-7010
*FAX number*