UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY MCMILLIAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ELON MUSK, et al., <br><br> Defendants. | Case No. 23-cv-03461-TLT <br><br> **JUDGMENT** <br> Re: Dkt. No. 100 |

On July 9, 2024, the Court granted the Defendant's Request for Judicial Notice and Motion to Dismiss with leave to amend the First Amended Complaint, but only as to the claims that are not governed by ERISA.  ECF 97.

Plaintiff filed a written notice of intent not to file an amended complaint.  Per Plaintiff's request and pursuant to Federal Rule of Civil Procedure 12(b)(6) and 29 U.S.C §1132(a)(1)(B), the Court hereby ENTERS judgment in favor of Defendant and against Plaintiff. ECF 100.

The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: July 31, 2024

_____
TRINA L. THOMPSON
United States District Judge