| | |
|---|---|
| 1 | Mark A. Feller (SBN 319789) |
| 2 | mark.feller@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS, LLP** |
| 3 | One Market, Spear Street Tower<br>San Francisco, CA 94105-1596 |
| 4 | Tel: 415.442.1000 |

Mark A. Feller (SBN 319789)
mark.feller@morganlewis.com
**MORGAN, LEWIS & BOCKIUS, LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel: 415.442.1000

Melissa Hill (*pro hac vice*)
melissa.hill@morganlewis.com
**MORGAN, LEWIS & BOCKIUS, LLP**
101 Park Avenue
New York, NY 10178
Tel: 212.309.6000

Sean K. McMahan (*pro hac vice*)
sean.mcmahan@morganlewis.com
**MORGAN, LEWIS & BOCKIUS, LLP**
1717 Main Street, Suite 3200
Dallas, TX 75201-7347
Tel: 214.466.4000

Jared R. Killeen (*pro hac vice*)
jared.killeen@morganlewis.com
**MORGAN, LEWIS & BOCKIUS, LLP**
2222 Market Street
Philadelphia, PA 19103
Tel: 215.963.5000

*Attorneys for Defendants X Corp., f/k/a Twitter, Inc.; X Holdings; Elon Musk; and Does*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COURTNEY MCMILLIAN and RONALD COOPER,<br><br>Plaintiffs,<br><br>v.<br><br>X CORP., f/k/a/ TWITTER, INC., X HOLDINGS, ELON MUSK, Does,<br><br>Defendants. | Case No. 3:23-cv-03461-TLT<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO JACOB SILVERMAN'S MOTION TO INTERVENE**<br><br>Judge:       Trina L. Thompson<br>Magistrate Judge: Robert M. Illman |

Pursuant to Civil Local Rules 7-3(d) and 7-11, Defendants X Corp. (formerly known as "Twitter"), X Holdings Corp., and Elon Musk (together "Defendants"), respectfully submit this Administrative Motion for leave to file a surreply in opposition to non-party Jacob Silverman's Motion to Intervene and Oppose Sealing Judicial Records ("Motion to Intervene"). Dkt. No. 96.

On July 9, 2024, non-party Jacob Silverman ("Silverman") filed a Motion to Intervene. On July 9, 2024, the Court granted Defendants' Motion to Dismiss Plaintiffs' Amended Complaint. Dkt. No. 97. The Court entered judgement and closed the case on July 31, 2024. Dkt. No. 106. On August 6, 2024, Silverman filed a reply in support of his Motion to Intervene. Dkt. No. 108. The hearing on the Motion to Intervene is set for October 1, 2024. Dkt. No. 99.

On August 14, 2024, Plaintiffs filed a Notice of Appeal to the United States Court of Appeals for the Ninth Circuit. Dkt. No. 109. As explained in Defendants' Surreply, attached hereto as **Exhibit A**, Plaintiffs' appeal divests this Court of jurisdiction. Therefore, Defendants respectfully request that the Court deny Silverman's Motion to Intervene.

Dated: August 19, 2024                                MORGAN, LEWIS & BOCKIUS LLP

                                                      By */s/ Melissa Hill*
                                                      Melissa Hill (pro hac vice)
                                                      Sean McMahan (pro hac vice)
                                                      Jared R. Killeen (pro hac vice)
                                                      Mark A. Feller

                                                      Attorneys for Defendants

Morgan, Lewis & Bockius LLP
Attorneys at Law

2    Case No. 3:23-cv-03461-TLT-RMI
DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO JACOB SILVERMAN'S MOTION TO INTERVENE