UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY MCMILLIAN and RONALD COOPER,<br><br>Plaintiffs,<br><br>v.<br><br>X CORP., f/k/a TWITTER, INC., X HOLDINGS, ELON MUSK, DOES,<br><br>Defendants. | Case No. 3:23-cv-03461-TLT<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO JACOB SILVERMAN'S MOTION TO INTERVENE** |

The Court, having considered Defendants' Administrative Motion for Leave to File Surreply in Opposition to Jacob Silverman's Motion to Intervene (the "Motion"), the documents filed in support thereof, and the opposition thereto, hereby **ORDERS** as follows:

The Motion is **DENIED.**

**IT IS SO ORDERED.**

Dated: _____       _____

U.S. District Judge Trina L. Thompson