KATIE TOWNSEND (SBN 254321)
ktownsend@rcfp.org
GRAYSON CLARY (*pro hac vice*)
gclary@rcfp.org
REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th Street NW, Suite 1020
Washington, D.C. 20005
Telephone: (202) 795-9300
Facsimile: (202) 795-9310

JEAN-PAUL JASSY (SBN 205513)
  jpjassy@jassyvick.com
JASSY VICK CAROLAN LLP
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071
Telephone:    310-870-7048
Facsimile:    310-870-7010

NICHOLAS R. HARTMANN (SBN 301049)
  nhartmann@jassyvick.com
JASSY VICK CAROLAN LLP
601 Montgomery Street, Suite 850
San Francisco, California 94111
Telephone:    415-539-3399
Facsimile:    415-539-3394

*Counsel for Non-Party Intervenor*
JACOB SILVERMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY MCMILLIAN and RONALD COOPER,<br><br>            Plaintiffs,<br><br>     v.<br><br>X CORP., f/k/a TWITTER, INC., X HOLDINGS, ELON MUSK, DOES.<br><br>            Defendants. | Case No. 3:23-cv-03461-TLT<br><br>**STATEMENT OF RECENT DECISION**<br><br>DATE: October 1, 2024<br>TIME: 2:00PM<br><br>Judge: Hon. Trina L. Thompson |

Pursuant to Local Rule 7-3(d)(2), proposed intervenor Jacob Silverman ("Mr. Silverman") respectfully writes to bring to the Court's attention Judge Susan Illston's August 20 opinion granting Mr. Silverman's motion to intervene and unseal in *Anoke v. Twitter*, No. 3:23-cv-02217 (N.D. Cal. Aug. 20, 2024) (ECF No. 53).  A copy of Judge Illston's opinion is attached hereto.

Dated: August 21, 2024

s/ *Katie Townsend*
Katie Townsend
REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS

s/ *Nicholas Ryan Hartmann*
Nicholas Ryan Hartmann
JASSY VICK CAROLAN LLP
*Counsel for Non-Party Intervenor*
JACOB SILVERMAN