1  Mark A. Feller (SBN 319789)
   mark.feller@morganlewis.com
2  **MORGAN, LEWIS & BOCKIUS, LLP**
   One Market, Spear Street Tower
3  San Francisco, CA 94105-1596
   Tel: 415.442.1000
4
   Melissa Hill (*pro hac vice*)
5  melissa.hill@morganlewis.com
   **MORGAN, LEWIS & BOCKIUS, LLP**
6  101 Park Avenue
   New York, NY 10178
7  Tel: 212.309.6000

8  Sean K. McMahan (*pro hac vice*)
   sean.mcmahan@morganlewis.com
9  **MORGAN, LEWIS & BOCKIUS, LLP**
   1717 Main Street, Suite 3200
10 Dallas, TX 75201-7347
   Tel: 214.466.4000
11
   Jared R. Killeen (*pro hac vice*)
12 jared.killeen@morganlewis.com
   **MORGAN, LEWIS & BOCKIUS, LLP**
13 2222 Market Street
   Philadelphia, PA 19103
14 Tel: 215.963.5000

15 *Attorneys for Defendants X Corp., f/k/a Twitter, Inc.; X Holdings; Elon Musk; and*
16 *Does*

17                **UNITED STATES DISTRICT COURT**
                  **NORTHERN DISTRICT OF CALIFORNIA**
18

| | |
|---|---|
| COURTNEY MCMILLIAN and RONALD COOPER, | Case No. 3:23-cv-03461-TLT |
| Plaintiffs, | **MOTION TO WITHDRAW REPRESENTATION AND TERMINATE ELECTRONIC NOTICES** |
| v. | |
| X CORP., f/k/a/ TWITTER, INC., X HOLDINGS, ELON MUSK, Does, | Judge:       Trina L. Thompson  Magistrate Judge: Robert M. Illman |
| Defendants. | |

1                    Case No. 3:23-cv-03461-RMI
MOTION TO WITHDRAW REPRESENTATION AND
TERMINATE ELECTRONIC NOTICES

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE that** X CORP., f/k/a/ TWITTER, INC., X HOLDINGS, ELON MUSK ("Defendants") move to withdraw Sara DeStefano, from representation in the above-captioned case. Upon an Order being entered, it is further requested that the Clerk of this Court terminate delivery of electronic notices to Sara DeStefano.

Ms. DeStefano will depart the law firm of Morgan, Lewis & Bockius, LLP, but Defendants will continue to be represented by other counsel of record from Morgan, Lewis & Bockius, LLP that have previously made an appearance in this matter, and no prejudice will result to any party as a result of this withdrawal. Therefore, Defendants move the Court for an Order discharging Sara DeStefano as an attorney in this suit and granting such other relief as the Court may deem proper.

Dated: September 3, 2024

MORGAN, LEWIS & BOCKIUS LLP

By */s/ Sean McMahan*
Melissa Hill (pro hac vice)
Sean McMahan (pro hac vice)
Jared R. Killeen (pro hac vice)
Mark A. Feller

*Attorneys for Defendants*

X CORP., f/k/a/ TWITTER, INC.,
X HOLDINGS, ELON MUSK,