KATIE TOWNSEND (SBN 254321)
ktownsend@rcfp.org
GRAYSON CLARY (*pro hac vice*)
gclary@rcfp.org
REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th Street NW, Suite 1020
Washington, D.C. 20005
Telephone: (202) 795-9300
Facsimile: (202) 795-9310

JEAN-PAUL JASSY (SBN 205513)
  jpjassy@jassyvick.com
JASSY VICK CAROLAN LLP
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071
Telephone:    310-870-7048
Facsimile:    310-870-7010

NICHOLAS R. HARTMANN (SBN 301049)
  nhartmann@jassyvick.com
JASSY VICK CAROLAN LLP
601 Montgomery Street, Suite 850
San Francisco, California 94111
Telephone:    415-539-3399
Facsimile:    415-539-3394

*Counsel for Non-Party Intervenor*
JACOB SILVERMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY MCMILLIAN and RONALD COOPER, <br><br> Plaintiffs, <br><br> v. <br><br> X CORP., f/k/a TWITTER, INC., X HOLDINGS, ELON MUSK, DOES. <br><br> Defendants. | Case No. 3:23-cv-03461-TLT <br><br> **STATEMENT OF RECENT DECISION** <br><br> DATE: October 1, 2024 <br> TIME: 2:00PM <br><br> Judge: Hon. Trina L. Thompson |

Pursuant to Local Rule 7-3(d)(2), proposed intervenor Jacob Silverman ("Mr. Silverman") respectfully writes to inform the Court that the order in *Anoke v. Twitter* that Mr. Silverman previously noticed on August 21, *see* Statement of Recent Decision (ECF No. 113), became final on September 4 when Respondents in that matter filed the attached, unredacted disclosure statement.

Dated: September 5, 2024

s/ *Katie Townsend*
Katie Townsend
REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS

s/ *Nicholas Ryan Hartmann*
Nicholas Ryan Hartmann
JASSY VICK CAROLAN LLP
*Counsel for Non-Party Intervenor*
JACOB SILVERMAN