|   |   |
|---|---|
| 1 | Kate Mueting, DC Bar No. 988177* |
|   | Dacey Romberg, DC Bar No. 90003767* |
| 2 | Samone Ijoma, MD Bar No. 2012170086* |
|   | **SANFORD HEISLER SHARP MCKNIGHT, LLP** |
| 3 | 700 Pennsylvania Avenue SE, Suite 300 |
|   | Washington, DC 20003 |
| 4 | Telephone: (202) 499-5206 |
|   | kmueting@sanfordheisler.com |
| 5 | dromberg@sanfordheisler.com |
| 6 | sijoma@sanfordheisler.com |

Kate Mueting, DC Bar No. 988177*
Dacey Romberg, DC Bar No. 90003767*
Samone Ijoma, MD Bar No. 2012170086*
**SANFORD HEISLER SHARP MCKNIGHT, LLP**
700 Pennsylvania Avenue SE, Suite 300
Washington, DC 20003
Telephone: (202) 499-5206
kmueting@sanfordheisler.com
dromberg@sanfordheisler.com
sijoma@sanfordheisler.com

Charles Field, SBN 189817
**SANFORD HEISLER SHARP MCKNIGHT, LLP**
7911 Herschel Avenue, Suite 300
La Jolla, CA 92037
Telephone: (619) 577-4252
cfield@sanfordheisler.com

Kristi S. McGregor, GA Bar No. 674012*
**SANFORD HEISLER SHARP MCKNIGHT, LLP**
611 Commerce Street, Suite 3100
Nashville, TN 37203
Telephone: (615) 434-7008
kmcgregor@sanfordheisler.com

Christopher Owens, MD Bar No. 220280004*
**SANFORD HEISLER SHARP MCKNIGHT, LLP**
111 S. Calvert Street, Suite 1950
Baltimore, Maryland 21202
Telephone: (410) 834-7422
cowens@sanfordheisler.com

*Attorneys for Plaintiffs
and the Potential Class*

* admitted *pro hac vice*

Case No. 3:23-cv-03461-TLT-RMI-SK
**NOTICE OF FIRM NAME CHANGE**
1

**UNITED STATES DISTRICT COURT
DISTRICT OF NORTHERN CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| COURTNEY MCMILLIAN and RONALD COOPER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>X CORP., f/k/a/ TWITTER, INC., X HOLDINGS, ELON MUSK, DOES,<br><br>Defendants. | Case No. 3:23-cv-03461-TLT-RMI-SK<br><br>**NOTICE OF FIRM NAME CHANGE**<br><br>Hon. Trina L. Thompson |

PLEASE TAKE NOTICE that effective immediately, Sanford Heisler Sharp, LLP. has changed its name as follows: Sanford Heisler Sharp McKnight, LLP. The addresses, telephone numbers, and fax numbers remain the same.

DATED: September 25, 2024

Respectfully submitted,

By: /s/ *Kate Mueting*
Kate Mueting, DC Bar No. 988177
(admitted *pro hac vice*)
**SANFORD HEISLER SHARP MCKNIGHT, LLP**
700 Pennsylvania Avenue SE, Suite 300
Washington, DC 20003
Telephone: (202) 499-5206
kmueting@sanfordheisler.com

*Attorney for Plaintiffs
and the Potential Class*