KATIE TOWNSEND (SBN 254321)
ktownsend@rcfp.org
GRAYSON CLARY (*pro hac vice*)
gclary@rcfp.org
REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th Street NW, Suite 1020
Washington, D.C. 20005
Telephone: (202) 795-9300
Facsimile: (202) 795-9310

JEAN-PAUL JASSY (SBN 220513)
   jpjassy@jassyvick.com
JASSY VICK CAROLAN LLP
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071
Telephone:   310-870-7048
Facsimile:   310-870-7010

NICHOLAS R. HARTMANN (SBN 301049)
   nhartmann@jassyvick.com
JASSY VICK CAROLAN LLP
601 Montgomery Street, Suite 850
San Francisco, California 94111
Telephone:   415-539-3399
Facsimile:   415-539-3394

*Counsel for Non-Party Intervenor*
JACOB SILVERMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY MCMILLIAN and RONALD COOPER,<br><br>              Plaintiffs,<br><br>   v.<br><br>X CORP., f/k/a TWITTER, INC.,<br>X HOLDINGS, ELON MUSK, DOES.<br><br>             Defendants. | Case No. 3:23-cv-03461-TLT<br><br>**JOINT MOTION TO CONTINUE HEARING**<br><br>DATE: October 1, 2024<br>TIME: 2:00PM<br><br>Judge: Hon. Trina L. Thompson |

JOINT MOTION TO CONTINUE HEARING — CASE 3:23-cv-03461-TLT

Proposed intervenor Jacob Silverman ("Mr. Silverman") and Defendants X Corp., f/k/a Twitter, Inc., X Holdings, Elon Musk, and Does (collectively "X Corp.") respectfully move the Court for a continuance of the hearing on Mr. Silverman's motion scheduled for October 1, 2024, until a future date convenient to the Court. Counsel for Mr. Silverman and X Corp. (collectively, the "Parties") met and conferred by e-mail following the issuance of the Court's tentative ruling on September 25. Though it is Mr. Silverman's position that no hearing on the motion is necessary in light of the Court's tentative ruling, X. Corp. respectfully requests to be heard on the motion.

Due to a recent medical issue, counsel originally scheduled to travel to San Francisco to argue the motion on behalf of Mr. Silverman is no longer able to do so and, in light of the unanticipated nature of that issue, Mr. Silverman's other counsel have previously scheduled obligations that prevent them from appearing in person on that date. The Parties therefore respectfully request that the hearing be continued to a future date convenient to the Court. Counsel for the Parties are able to appear on any currently open motion date, with the exception of November 26, December 3, and December 24.

For the foregoing reasons, the Parties respectfully request that the motion hearing scheduled for October 1 be continued to a future date convenient to the Court.

Dated: September 26, 2024

s/ *Katie Townsend*
Katie Townsend
REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS

s/ *Nicholas Ryan Hartmann*
Nicholas Ryan Hartmann
JASSY VICK CAROLAN LLP
*Counsel for Non-Party Intervenor*
JACOB SILVERMAN

s/ *Sean McMahan*
Sean McMahan
Morgan, Lewis & Bockius LLP
1717 Main St., Suite 3200
Dallas, TX  75201
sean.mcmahan@morganlewis.com
*Counsel for Defendants*