UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY MCMILLIAN and RONALD COOPER,<br><br>Plaintiffs,<br><br>v.<br><br>X CORP., f/k/a TWITTER, INC., X HOLDINGS, ELON MUSK, DOES,<br><br>Defendants. | Case No. 3:23-cv-03461-TLT<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO CONTINUE HEARING** |

The Court, having considered the Parties' Joint Motion to Continue Hearing (the "Motion") and the documents filed in support thereof, hereby **ORDERS** as follows:

The Motion is **GRANTED.**

The hearing currently scheduled for October 1 is **VACATED**.

The hearing is reset for December 17 or another available motion date convenient to the Court and the parties.

**IT IS SO ORDERED.**

Dated: _____        _____

U.S. District Judge Trina L. Thompson