Mark A. Feller (SBN 319789)
mark.feller@morganlewis.com
**MORGAN, LEWIS & BOCKIUS, LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel: 415.442.1000

Melissa Hill (*pro hac vice*)
melissa.hill@morganlewis.com
**MORGAN, LEWIS & BOCKIUS, LLP**
101 Park Avenue
New York, NY 10178
Tel: 212.309.6000

Sean K. McMahan (*pro hac vice*)
sean.mcmahan@morganlewis.com
**MORGAN, LEWIS & BOCKIUS, LLP**
1717 Main Street, Suite 3200
Dallas, TX 75201-7347
Tel: 214.466.4000

Jared R. Killeen (*pro hac vice*)
jared.killeen@morganlewis.com
**MORGAN, LEWIS & BOCKIUS, LLP**
2222 Market Street
Philadelphia, PA 19103
Tel: 215.963.5000

*Attorneys for Defendants X Corp., f/k/a Twitter, Inc.; X Holdings; Elon Musk; and Does*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY MCMILLIAN and RONALD COOPER,<br><br>  Plaintiffs,<br><br>  v.<br><br>X CORP., f/k/a/ TWITTER, INC., X HOLDINGS, ELON MUSK, Does,<br><br>  Defendants. | Case No. 3:23-cv-03461-TLT<br><br>**JOINT ADMINISTRATIVE MOTION FOR LEAVE TO APPEAR AT DECEMBER 3, 2024, HEARING BY VIDEOCONFERENCE OR TELEPHONE**<br><br>Judge:   Trina L. Thompson<br>Magistrate Judge: Robert M. Illman |

Case No. 3:23-cv-03461-TLT-RMI

JOINT ADMINISTRATIVE MOTION FOR LEAVE TO APPEAR AT HEARING BY VIDEOCONFERENCE OR TELEPHONE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW

Defendants X Corp. (formerly known as "Twitter"), X Holdings Corp., and Elon Musk (collectively, "Defendants") and Non-Party Intervenor Jacob Silverman ("Silverman") jointly submit this administrative motion for leave to appear by videoconference or telephone at the Hearing scheduled for December 3, 2024, regarding Silverman's Motion to Intervene and Oppose Sealing Judicial Records.

Pursuant to the Court's order (Dkt. No. 122), the Hearing is currently scheduled to be held in Courtroom 9 on the 19th floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. As explained in the accompanying Stipulation, good cause exists for holding the Hearing by videoconference or telephone because lead counsel for Defendants and Silverman do not live in California. Co-lead counsel for Defendants, Melissa D. Hill and Sean McMahan, live in New York and Texas, respectively, and therefore would need to travel by plane to the Hearing at substantial cost and expense. Further, co-lead counsel for Silverman, Grayson Clary and Katie Townsend, live in the Washington, D.C., area and therefore also would need to travel by plane to the Hearing. Defendants and Silverman respectfully submit that they can conduct the Hearing by videoconference or telephone in an efficient and productive manner, while sparing lead counsel (and, in turn, their clients) the unnecessary cost and expense of travel.

WHEREFORE, Defendants and Silverman respectfully seek leave for all counsel to appear at the Hearing by videoconference or telephone.

Dated: November 27, 2024

MORGAN, LEWIS & BOCKIUS LLP

By /s/ Melissa D. Hill
    Melissa D. Hill (pro hac vice)
    Sean McMahan (pro hac vice)
    Jared R. Killeen (pro hac vice)
    Mark A. Feller

Attorneys for Defendants

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW

1   Case No. 3:23-cv-03461-TLT-RMI
JOINT ADMINISTRATIVE MOTION FOR LEAVE TO APPEAR AT HEARING BY VIDEOCONFERENCE OR TELEPHONE

Dated: November 27, 2024

REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS

By */s/ Katie Townsend*
Katie Townsend

JASSY VICK CAROLAN LLP

By /s/ Nicholas Ryan Hartmann
Nicholas Ryan Hartmann

Counsel for Non-Party Intervenor Jacob Silverman