**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COURTNEY MCMILLIAN and RONALD COOPER,<br><br>Plaintiffs,<br><br>v.<br><br>X CORP., f/k/a/ TWITTER, INC., X HOLDINGS, ELON MUSK, Does,<br><br>Defendants. | Case No. 3:23-cv-03461-TLT<br><br>**[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION FOR LEAVE TO APPEAR AT DECEMBER 3, 2024, HEARING BY VIDEOCONFERENCE OR TELEPHONE**<br><br>Judge:   Trina L. Thompson<br>Magistrate Judge: Robert M. Illman |

Upon consideration of the Joint Administrative Motion for Leave to Appear at December 3, 2024, Hearing by Videoconference or Telephone (the "Motion") and the attendant Stipulation, and good cause being found, the Court hereby **ORDERS** that the Motion is **GRANTED,** and counsel are granted leave to appear at the December 3, 2024, Hearing by videoconference or telephone.

**IT IS SO ORDERED**, on this _____ day of _____ 2024.

_____
Hon. Trina L. Thompson
U.S. District Court Judge
Northern District of California

Case No. 3:23-cv-03461-TLT-RMI

[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION FOR LEAVE TO APPEAR AT HEARING BY VIDEOCONFERENCE OR TELEPHONE