| | |
|---|---|
| Kate Mueting, DC Bar No. 988177*<br>**SANFORD HEISLER SHARP, LLP**<br>700 Pennsylvania Avenue SE, Suite 300<br>Washington, DC 20003<br>Telephone: (202) 499-5206<br>kmueting@sanfordheisler.com | Mark A. Feller (SBN 319789)<br>mark.feller@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS, LLP**<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Tel: 415.442.1000 |
| Charles Field, SBN 189817<br>**SANFORD HEISLER SHARP, LLP**<br>7911 Herschel Avenue, Suite 300<br>La Jolla, CA 92037<br>Telephone: (619) 577-4252<br>cfield@sanfordheisler.com | Melissa Hill (*pro hac vice*)<br>melissa.hill@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS, LLP**<br>101 Park Avenue<br>New York, NY 10178<br>Tel: 212.309.6000 |
| Kristi Stahnke McGregor, GA Bar No. 674012*<br>(*pro hac vice forthcoming*)<br>**SANFORD HEISLER SHARP, LLP**<br>611 Commerce Street, Suite 3100<br>Nashville, TN 37203<br>Telephone: (615) 434-7008<br>kmcgregor@sanfordheisler.com | Sean K. McMahan (*pro hac vice*)<br>sean.mcmahan@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS, LLP**<br>1717 Main Street, Suite 3200<br>Dallas, TX 75201-7347<br>Tel: 214.466.4000 |
| *Attorneys for Plaintiffs<br>and the Potential Class* | Jared R. Killeen (*pro hac vice*)<br>jared.killeen@morganlewis.com<br>**MORGAN, LEWIS & BOCKIUS, LLP**<br>2222 Market Street<br>Philadelphia, PA 19103<br>Tel: 215.963.5000 |
| | *Attorneys for Defendants X Corp., f/k/a Twitter, Inc.; X Holdings; Elon Musk; and Does* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY MCMILLIAN and RONALD COOPER,<br><br>             Plaintiffs,<br><br>      v.<br><br>X CORP., f/k/a/ TWITTER, INC., X HOLDINGS, ELON MUSK, Does,<br><br>             Defendants. | Case No. 3:23-cv-03461-TLT<br><br>**STATUS REPORT REGARDING APPEAL PROCEEDINGS IN *ANOKE V. TWITTER, INC.***<br><br>Judge:    Trina L. Thompson<br>Magistrate Judge: Robert M. Illman |

Pursuant to the Court's Order dated December 17, 2024 (Dkt. No. 136), the Parties submit the following status report regarding the appeal proceedings in *Anoke et al. v. Twitter, Inc., et al.,* Case No. 24-5936.

The parties in *Anoke* have completed briefing the appeal. On May 29, 2025, the Ninth Circuit entered an order stating that the court will consider the parties' briefing and issue a decision without oral argument. The Ninth Circuit has not issued a decision to date.

The Parties will continue to update the Court as to the *Anoke* appeal proceedings, including any decision issued by the Ninth Circuit.

DATED: June 11, 2025

Respectfully submitted,

By: */s/ Mark A. Feller*

Mark A. Feller, SBN 319789
**MORGAN, LEWIS & BOCKIUS, LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000
mark.feller@morganlewis.com

Kate Mueting, DC Bar No. 988177
(admitted *pro hac vice*)
**SANFORD HEISLER SHARP, LLP**
700 Pennsylvania Avenue SE, Suite 300
Washington, DC 20003
Telephone: (202) 499-5206
kmueting@sanfordheisler.com