Mark A. Feller (SBN 319789)
mark.feller@morganlewis.com
**MORGAN, LEWIS & BOCKIUS, LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel: 415.442.1000

Melissa Hill (*pro hac vice*)
melissa.hill@morganlewis.com
**MORGAN, LEWIS & BOCKIUS, LLP**
101 Park Avenue
New York, NY 10178
Tel: 212.309.6000

Sean K. McMahan (*pro hac vice*)
sean.mcmahan@morganlewis.com
**MORGAN, LEWIS & BOCKIUS, LLP**
1717 Main Street, Suite 3200
Dallas, TX 75201-7347
Tel: 214.466.4000

Jared R. Killeen (*pro hac vice*)
jared.killeen@morganlewis.com
**MORGAN, LEWIS & BOCKIUS, LLP**
2222 Market Street
Philadelphia, PA 19103
Tel: 215.963.5000

*Attorneys for Defendants X Corp., f/k/a*
*Twitter, Inc.; X Holdings; Elon Musk; and*
*Does*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY MCMILLIAN and RONALD COOPER,<br><br>                    Plaintiffs,<br><br>          v.<br><br>X CORP., f/k/a/ TWITTER, INC.,<br>X HOLDINGS, ELON MUSK, Does,<br><br>                    Defendants. | Case No. 3:23-cv-03461-TLT<br><br>**DEFENDANTS' SUPPLEMENTAL RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION PURSUANT TO LOCAL RULE 3-15** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

i          Case No. 3:23-cv-03461-TLT
DEFENDANTS' SUPPLEMENTAL RULE 7.1 DISCLOSURE AND CIVIL L.R. 3-15 CERTIFICATION

1
2
3
4

Pursuant to Northern District of California Civil Local Rule 3-15 and Rule 7.1 of the Federal Rules of Civil Procedure, Defendant X Corp., by and through its counsel, certifies that it is wholly owned by X Holdings Corp., a privately held corporation.  No publicly held corporation owns 10% or more of X Corp.'s or X Holdings Corp.'s stock.

5
6
7
8

Pursuant to the Court's Order Granting Administrative Motion for Order Requiring Defendants to File a Certification of Conflicts and Interested Entities or Persons in Compliance with Local Rule 3-15 (Dkt. No. 90), Defendants disclose the following persons and entities who are owners/shareholders of X Holdings Corp.:

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 8VC Opportunities Fund II, L.P.
- ADREM X LLC
- ADREM Y LLC
- Afshar Partners, LP
- Andrea Stroppa
- Andreessen Horowitz LSV Fund III, L.P.
- Anthem Ventures, LLC
- ARK Venture Private Holdings LLC
- BAMCO, Inc.
- Bandera Fund LLC
- Baron Opportunity Fund
- Baron Partners Fund
- Binance Capital Management Co., Ltd
- Brookfield Project X L.P.
- CCM 2020 Investments LLC
- Cheng and Chen Family Trust
- CNK Fund IV, L.P.
- Danilo Kawasaki
- Dayton Family Enterprises, LLC
- Dayton Family Investments, LLC

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1    Case No. 3:23-cv-03461-TLT
DEFENDANTS' SUPPLEMENTAL RULE 7.1 DISCLOSURE AND CIVIL L.R. 3-15 CERTIFICATION

1  • DFJ GROWTH IV, L.P.

2  • DFJ GROWTH IV PARALLEL FUND, LLC

3  • DFJ GROWTH X-I, L.P.

4  • Eden Relationship Capital L.P.

5  • Elon Musk as Trustee of the Elon Musk Revocable Trust dated July 22, 2003

6  • FIAM Target Date Blue Chip Growth Commingled Pool By:  Fidelity Institutional

7     Asset Management Trust Company as Trustee

8  • Fidelity Blue Chip Growth Commingled Pool By:  Fidelity Management Trust

9     Company, as Trustee

10  • Fidelity Blue Chip Growth Institutional Trust By its manager Fidelity Investments

11     Canada ULC

12  • Fidelity Canadian Growth Company Fund    by its manager Fidelity Investments

13     Canada ULC

14  • Fidelity Central Investment Portfolios LLC: Fidelity U.S. Equity Central Fund -

15     Communication Services Sub

16  • Fidelity Contrafund:  Fidelity Advisor New Insights Fund - Sub A

17  • Fidelity Contrafund:  Fidelity Advisor New Insights Fund - Sub B

18  • Fidelity Contrafund: Fidelity Contrafund

19  • Fidelity Contrafund: Fidelity Contrafund K6

20  • Fidelity Contrafund:  Fidelity Series Opportunistic Insights Fund

21  • Fidelity Contrafund Commingled Pool By:  Fidelity Management Trust Company,

22     as Trustee

23  • Fidelity Destiny Portfolios:   Fidelity Advisor Diversified Stock Fund

24  • Fidelity Global Growth and Value Investment Trust - Sub A By its manager

25     Fidelity Investments Canada ULC:

26  • Fidelity Global Innovators Investment Trust by its manager Fidelity Investments

27     Canada ULC

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

2    Case No. 3:23-cv-03461-TLT

DEFENDANTS' SUPPLEMENTAL RULE 7.1 DISCLOSURE AND CIVIL L.R. 3-15 CERTIFICATION

- Fidelity Growth Company Commingled Pool By:  Fidelity Management Trust Company, as Trustee
- Fidelity Insights Investment Trust By its manager Fidelity Investments Canada ULC
- Fidelity Mt. Vernon Street Trust:  Fidelity Growth Company Fund
- Fidelity Mt. Vernon Street Trust : Fidelity Growth Company K6 Fund
- Fidelity Mt. Vernon Street Trust: Fidelity Series Growth Company Fund
- Fidelity OTC Commingled Pool By:  Fidelity Management Trust Company, as Trustee
- Fidelity Puritan Trust: Fidelity Puritan Fund - Equity Sub B
- Fidelity Puritan Trust: Puritan K6 Fund - Equity Subportfolio
- Fidelity Securities Fund:  Fidelity Blue Chip Growth Fund
- Fidelity Securities Fund: Fidelity Blue Chip Growth K6 Fund
- Fidelity Securities Fund: Fidelity OTC K6 Portfolio
- Fidelity Securities Fund:  Fidelity OTC Portfolio
- Fidelity Select Portfolios : Select Communication Services Portfolio
- G64 Ventures LLC
- Gerber Kawasaki Inc.
- GFNCI LLC
- Gigafund 0.21, LP
- Glacier Ventures LLC
- Go Mav, LLC
- HRH Prince Alwaleed Bin Talal Bin Abdulaziz Alsaud
- HRH Prince Alwaleed Bin Talal Bin Abdulaziz Alsaud
- IMG US, LLC
- Jack Dorsey Remainder LLC
- Jack Dorsey Tr Ua 12/08/2010 Jack Dorsey Revocable Trust
- Kingdom Holding Company

1     •     Lawrence J. Ellison Revocable Trust

2     •     Linda Ye and Robin Ren Family Foundation

3     •     Litani Ventures

4     •     Luchi Fiduciaria SR POS. 365

5     •     Manhattan Venture Partners X LLC

6     •     Mirae Asset Innovation X ONE, LLC

7     •     Mirae Asset Project X Fund I, LP

8     •     Olivier Janssens

9     •     Q Tetris Holding LLC

10    •     Ross Gerber

11    •     Santo Lira LLC

12    •     SC CDA1 LLC

13    •     SCGE Fund, L.P.

14    •     SCGGF III – U.S./India Management, L.P.

15    •     SCHF (M) PV, L.P.

16    •     Scott Nolan

17    •     SC US/E Expansion Fund I Management, L.P.

18    •     Sean Combs Capital, LLC

19    •     Sequent (Schweiz) AG as Trustee of the Debala Trust

20    •     Sequioa Capital Fund, L.P.

21    •     Series N Dis, a series of Atreides Special Circumstances Fund, LLC

22    •     Shahidi Tactic Group, LLC

23    •     Steve Davis

24    •     T. One Holdings LLC

25    •     The Pershing Square Foundation

26    •     TM33 Partner Holdings LLC

27    •     Tresser Blvd 402 LLC

28    •     UnipolSai S.P.A.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

4     Case No. 3:23-cv-03461-TLT
DEFENDANTS' SUPPLEMENTAL RULE 7.1 DISCLOSURE AND CIVIL L.R. 3-15 CERTIFICATION

1     •    Variable Insurance Products Fund II: VIP Contrafund Portfolio - Subportfolio A

2     •    VYC25 Limited

3     •    X Holdings I Investment, LLC

4     Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict

5 or interest (other than the named parties and the above-listed owners/shareholders of X Holdings

6 Corp.) to report.

7 Dated: June 26, 2024              MORGAN, LEWIS & BOCKIUS LLP

8                     By  */s/ Melissa Hill*

9                         Melissa Hill (pro hac vice)
                        Sean McMahan (pro hac vice)

10                         Jared R. Killeen (pro hac vice)
                        Mark A. Feller

11                         Attorneys for Defendants

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

5     Case No. 3:23-cv-03461-TLT
DEFENDANTS' SUPPLEMENTAL RULE 7.1 DISCLOSURE AND CIVIL L.R. 3-15 CERTIFICATION