# UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** California, Northern District (San Francisco)

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 23-cv-3461

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 07/12/2023

Date of judgment or order you are appealing: 08/14/2025

Docket entry number of judgment or order you are appealing: 143 (and 136)

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
☉ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

X Corp., f/k/a Twitter, Inc.; X Holdings Corp.; Elon Musk

Is this a cross-appeal?   ○ Yes   ☉ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?   ☉ Yes   ○ No

If yes, what is the prior appeal case number? 24-5045

Your mailing address (if pro se):

City:          State:          Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** s/ Melissa D. Hill         **Date** Sep 11, 2025

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                 Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> X Corp., f/k/a Twitter, Inc.; X Holdings Corp.; Elon Musk

Name(s) of counsel (if any):

> Melissa D. Hill

Address: Morgan, Lewis & Bockius LLP, 101 Park Ave., New York, NY 10178

Telephone number(s): 212.309.6318

Email(s): melissa.hill@morganlewis.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> Courtney McMillian; Ronald Cooper

Name(s) of counsel (if any):

> Kate Mueting
>
> Sanford Heisler Sharp, LLP

Address: 700 Pennsylvania Avenue SE, Suite 300, Washington, DC 20003

Telephone number(s): 202.499.5206

Email(s): kmueting@sanfordheisler.com; cfield@sanfordheisler.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                                    1                                              *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

X Corp., f/k/a Twitter, Inc.; X Holdings Corp.; Elon Musk

Name(s) of counsel (if any):

Mark A. Feller; Sean McMahan; Jared R. Killeen
Morgan, Lewis & Bockius LLP

Address: One Market, Spear Street Tower, San Francisco, CA 94105

Telephone number(s): 415.442.1744; 214.466.4102; 215.963.5478

Email(s): mark.feller@morganlewis.com; sean.mcmahan@morganlewis.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellees**

Name(s) of party/parties:

Courtney McMillian; Ronald Cooper

Name(s) of counsel (if any):

Charles Field
Sanford Heisler Sharp, LLP

Address: 7911 Herschel Avenue, Suite 300, La Jolla, CA 92037

Telephone number(s): 619.577.4252

Email(s): cfield@sanfordheisler.com

Name(s) of party/parties:

Courtney McMillian; Ronald Cooper

Name(s) of counsel (if any):

Kristi Stahnke McGregor
Sanford Heisler Sharp, LLP

Address: 611 Commerce Street, Suite 3100, Nashville, TN 37203

Telephone number(s): 615.434.7008

Email(s): kmcgregor@sanfordheisler.com

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 6                                         2                                New 12/01/2018

**Non-Party to Appeal**

| Name of non-party intervenor | Jacob Silverman |
|---|---|
| Names and contact information of counsel | Grayson Clary<br>Reporters Committee for Freedom of the Press<br>1156 15th Street NW, Suite 1020<br>Washington, D.C. 20005<br>202.795.9300<br>gclary@rcfp.org<br><br>Jean-Paul Jassy<br>Jassy Vick Carolan LLP<br>355 South Grand Avenue, Suite 2450<br>Los Angeles, CA 90071<br>310.870.7048<br>jpjassy@jassyvick.com<br><br>Nicholas R. Hartmann<br>Jassy Vick Carolan LLP<br>601 Montgomery Street, Suite 850<br>San Francisco, CA 94111<br>415.539.3399<br>nhartmann@jassyvick.com |