1  Shannon Liss-Riordan (SBN 310719)
   sliss@llrlaw.com
2  LICHTEN & LISS-RIORDAN, P.C.
   729 Boylston Street, Suite 2000
3  Boston, MA 02116
   Tel: (617) 994-5800
4  Fax: (617) 994-5801
5
   *Attorney for Plaintiffs Courtney McMillian and Ronald Cooper*
6
7
                    **UNITED STATES DISTRICT COURT**
8                   **NORTHERN DISTRICT OF CALIFORNIA**
9
10  COURTNEY MCMILLIAN and RONALD          Case No. 3:23-cv-03461-TLT
    COOPER
11
                                           **NOTICE OF MOTION AND MOTION**
12               Plaintiffs,               **TO SUBSTITUTE COUNSEL FOR**
                                           **PLAINTIFFS**
13           v.
14  ELON MUSK, ET AL.,
15               Defendants.
16
17
18
19
20
21
22
23
24
25
26
27
28

1  **TO THE COURT, THE PARTIES, AND THEIR COUNSEL OF RECORD:**

2  **PLEASE TAKE NOTICE** that Plaintiffs Courtney McMillian and Ronald Cooper

3  ("Plaintiffs") hereby will and do move the Court for an order withdrawing previous counsel,

4  Sanford Heisler Sharp McKnight, LLP, and substituting Shannon Liss-Riordan, of Lichten &

5  Liss-Riordan, P.C., as Plaintiffs' new counsel, pursuant to L.R. 11-5.

7  Dated: October 17, 2025         Respectfully submitted,

8                                  COURTNEY MCMILLIAN and RONALD
9                                  COOPER,

10                                 By their attorneys,

11                                 /s/ *Shannon Liss-Riordan*
                                   Shannon Liss-Riordan, SBN 310719
12                                 LICHTEN & LISS-RIORDAN, P.C.
                                   729 Boylston Street, Suite 2000
13                                 Boston, MA 02116
                                   (617) 994-5800
14                                 Email: sliss@llrlaw.com

MOTION TO SUBSTITUTE COUNSEL FOR PLAINTIFFS

1 | Plaintiffs Courtney McMillian and Ronald Cooper ("Plaintiffs"), pursuant to L.R. 11-5,
2 | hereby request an order withdrawing previous counsel, Sanford Heisler Sharp McKnight, LLP,
3 | and entering an appearance for their new counsel, Shannon Liss-Riordan of Lichten & Liss-
4 | Riordan, P.C.

6 | Dated: October 17, 2025          Respectfully submitted,

COURTNEY MCMILLIAN and RONALD COOPER,

By their attorneys,

/s/ *Shannon Liss-Riordan*
Shannon Liss-Riordan, SBN 310719
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
Email: sliss@llrlaw.com

1

MOTION TO SUBSTITUTE COUNSEL FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I, Shannon Liss-Riordan, hereby certify that a true and accurate copy of this document was served on all counsel of record via the Court's CM/ECF system on October 17, 2025.

/s/ *Shannon Liss-Riordan*
Shannon Liss-Riordan