**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAN 2 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| COURTNEY MCMILLIAN and RONALD COOPER, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> ELON MUSK; et al., <br><br> Defendants - Appellees, <br><br> ---------------------------------------- <br><br> DIANA YE; et al., <br><br> Intervenors - Pending. | No. 24-5045 <br><br> D.C. No. 3:23-cv-03461-TLT <br><br> Northern District of California, San Francisco <br><br> MANDATE |

The judgment of this Court, entered December 10, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT